**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| LAMONICA FAMILY LIMITED PARTNERSHIP, LLC and LAMONICA BEVERAGES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WEST BEND MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:23-cv-50258 <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441** <br> **(Diversity Jurisdiction)** <br><br> CIRCUIT COURT of the SEVENTEENTH JUDICIAL CIRCUIT <br> WINNEBAGO COUNTY <br> Case No.: 2023-CH-0000034 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant, WEST BEND MUTUAL INSURANCE COMPANY ("West Bend"), by and through its attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby removes to this Court the state court action described below:

1. On or about June 5, 2023, Plaintiffs, LAMONICA FAMILY LIMITED PARTNERSHIP, LLC ("LaMonica Family Partnership") and LAMONICA BEVERAGES, INC. ("LaMonica Beverages"), filed an action in the Circuit Court of the Seventeenth Judicial Circuit for Winnebago County, Illinois, under Case No. 2023-CH-0000034, against Defendant West Bend. Plaintiffs' Complaint is attached hereto as Exhibit A and incorporated herein by reference.

2. West Bend was served with Summons and the Complaint on June 15, 2023.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after West Bend's receipt of Plaintiffs' Complaint on or after June 15, 2023.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by West Bend pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff LaMonica Family Partnership was and is an Illinois limited liability company whose members, on information and belief, are individual persons who are each a citizen of a state other than Wisconsin.

6. At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff LaMonica Beverages was and is incorporated in the State of Illinois with its principal place of business in the State of Illinois.

7. At the time the Complaint was filed, and at all times subsequent thereto, Defendant West Bend was and is incorporated in the State of Wisconsin with its principal place of business in the State of Wisconsin.

8. The Complaint alleges damages in excess of $1.4 million.

WHEREFORE, Defendant, WEST BEND MUTUAL INSURANCE COMPANY, prays that the above-entitled cause, currently pending in the Circuit Court of the Seventeenth Judicial Circuit for Winnebago County, Illinois, under Case No. 2023-CH-0000034, be removed therefrom to the United States District Court for the Northern District of Illinois and that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

>222 N. LaSalle Street, Suite 1400
>Chicago, IL 60601
>312-863-5000
>torlando@fgppr.com
>
>Attorneys for Defendant,
>WEST BEND MUTUAL INSURANCE
>COMPANY

## CERTIFICATE OF SERVICE

    I, the undersigned, on oath, subject to penalty of perjury, state that I served the Notice of Removal and Appearance, by emailing to all counsel of record on July 11, 2023, at the email address set forth below.

>Raymond J. Melton
>Amundsen Davis, LLC
>308 W. State Street
>Suite 320
>Rockford, IL 61101
>rmelton@amundsendavislaw.com

>/s/ Thomas B. Orlando
>Thomas B. Orlando
>FORAN GLENNON PALANDECH
>PONZI & RUDLOFF PC
>222 N. LaSalle Street, Suite 1400
>Chicago, IL 60601
>312-863-5000
>torlando@fgppr.com