# EXHIBIT A

**ELECTRONICALLY FILED**
DOC ID: 23008730
CASE NO: 2023-CH-0000034
DATE: 6/5/2023 3:27 PM
BY: J P, DEPUTY

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
WINNEBAGO COUNTY, ILLINOIS

LA MONICA FAMILY LIMITED )
PARTNERSHIP, LLC and LA MONICA )
BEVERAGES, INC., )
  )
     Plaintiff, )
  )
v. )   CASE NO.: 2023-CH-0000034
  )
WEST BEND MUTUAL INSURANCE )
COMPANY, )
  )
     Defendant. )

## COMPLAINT AT LAW

NOW COMES the plaintiffs, La Monica Family Limited Partnership and La Monica Beverages, Inc., by and through its attorneys, Amundsen Davis, LLC, and complains of the defendant, West Bend Mutual Insurance Company, as follows:

## FACTS COMMON TO ALL COUNTS

1. The plaintiff, La Monica Family Limited Partnership, LLC ("Family Partnership"), which is now known as LaMonica Family, LLP, is a recognized limited liability partnership by the State of Illinois with its designated office located at 4060 Rock Valley Parkway, Loves Park, Illinois, which is located within the County of Winnebago, State of Illinois and is a citizen of the State of Illinois.

2. LaMonica Beverages, Inc. ("La Monica Beverages"), is an Illinois corporation which has a principal office located at 4060 Rock Valley Parkway, Loves Park, Illinois 61111 and is located in the County of Winnebago, State of Illinois and is a citizen of the State of Illinois.

3. Defendant, West Bend Mutual Insurance Company ("West Bend"), is an insurance company incorporated in the State of Wisconsin with its home office and principal place of

business in West Bend, Wisconsin. West Bend regularly conducts business in the State of Illinois, County of Winnebago.

4.  The subject matter of this complaint involves the roof of a large commercial building which was damaged by severe wind and hail on or about August 10, 2020, which is located at 4060 Rock Valley Parkway, Loves Park, Illinois, County of Winnebago (the "Building").

5.  On information and belief West Bend does business within the State of Illinois and issues insurance policies to its customers within the State of Illinois.

6.  At all relevant times stated herein the Building was owned by the Family Partnership.

7.  On or about August 10, 2020, the roof of the Building which is owned by the plaintiff, Family Partnership, was damaged with regard to a weather-related event.

8.  Both plaintiffs and the defendant entered into a policy of written insurance whereas the defendant agreed to insure the plaintiff for certain losses with a policy period of October 1, 2019, to October 1, 2020, under West Bend Insurance Policy – Policy No.: A499814 01. This policy is attached hereto as Exhibit A (the "Policy").

9.  The Policy contains a provision within the Building and Personal Property Coverage Form, Paragraph E2 which states as follows:

> E2      Appraisal – If we and you disagree on the value of the property or amount of loss, either party may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree either party may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will: a. Pay its chosen appraiser; b. bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we will retain our right to deny the claim.

10. The Policy also contains a provision within the Building and Personal Property Coverage Form in Paragraph A1 which states as follows.

    A.   Coverage

    We will pay for direct physical loss to damage to covered property at the premises described in the declarations caused by or resulting from any covered loss.

    1.   Covered Property. Covered Property as used in this Coverage part means the type of property described in this Section A.1 and limited in A.2 Property not covered if a limit of insurance is shown in the declarations for that type of property. The policy lists hail as a covered loss.

11. The Commercial Property Declarations contained within the policy state that the Policy which covers the Building will pay for the replacement costs of the damaged portion(s) of the Building.

12. On or about July 21, 2021, Adjuster Erik Hinthorne of West Bend agreed that the amount of loss was not to exceed $950,000.00 with a total replacement cost value of $950,000.00.

13. Prior to indicating this amount of loss Erik Hinthorne submitted an estimate on behalf of West Bend in the amount of $603,862.23 which was dated 6/3/2021 and contemplated 601.30 square feet of roofing material.

14. On and around June 27, 2022, the work to the roof had been completed by CLA Exteriors, LLC, on or about July 6, 2022, CLA Exteriors ("CLA") submitted a revised estimate to West Bend in the amount of $1,640,305.42 which contemplated 780 squares of roofing material.

15. On or about July 6, 2022, Erik Hinthorne of West Bend indicated to the plaintiff's contractor, CLA that he needed back-up for the claimed additional costs, but never denied payment of the additional costs.

16. On or about May 16, 2023, the plaintiff, Family Partnership, demanded an appraisal pursuant to Exhibit A.  A copy of the appraisal demand letter is attached hereto as Exhibit B.

17. On or about May 19, 2023, West Bend denied the plaintiff, Family Partnership, demand for appraisal citing that the action was not brought within two years after the date upon which the direct physical loss or damage occurred.

18. Any applicable statute of limitations under the Policy has been waived by West Bend according to *American Access Cas. Co. v. Tuston*, 409 Ill. App. 3d 233, 238, 948 N.E. 2d 309, 350 Ill. Dec. 240 (1st Dist. 2011) in light of the fact that West Bend never denied Family Partnership's claim within the limitations period.

19. Pleading in the alternative the statute of limitations is tolled under 215 ILCS 5/143.1 in light of the fact that a proof of loss in the form of an estimate for supplemental repairs was submitted on behalf of Family Partnership by CLA on June 27, 2022, prior to the expiration of the two year statute of limitations under the policy in which West Bend then failed to deny the claim after said supplemental proof of loss was submitted until after the policy expiration period pursuant to West Bend's aforementioned denial letter of May 19, 2023.

20. The plaintiff has waived its right to assert the expiration of any statute of limitations in light of the fact that the defendant failed to deny the claim for the supplemental amount of $1,640,305.42 which was submitted prior to the expiration of the Policy period, but was not denied until subsequent to the expiration of the Policy period set forth in Exhibit A.

## COUNT I – DECLARATORY JUDGMENT

21. The plaintiffs hereby reallege and incorporate by reference the allegations of paragraph 1 – 20 of the facts common to all counts for count I of the complaint as though fully set forth herein.

22. This is an action for declaratory judgment pursuant to 735 ILCS 5/2-701 to determine a real and justiciable controversy among the parties with respect to their rights and obligations if any, with reference to a certain West Bend insurance contract issued by West Bend as Policy No. A499814 01 with a Policy period of October 1, 2019 to October 1, 2020 which is attached hereto as Exhibit A.

23. In its denial letter of May 19, 2023, attached as Exhibit C, West Bend claimed that it did not need to participate in an appraisal because any action to enforce an appraisal was barred by the statute of limitations stated in Exhibit A.

24. The Policy attached hereto as Exhibit A offered coverage to the Building, Family Partnership, for hail and wind damage.

25. West Bend failed to comply with Exhibit A when it only authorized a payment of $950,000.00 and was subsequently provided an estimate in the amount of $1,640,305.42 as West Bend Failed to pay the demanded amount and failed to honor the appraisal request in Exhibit B when there was a disagreement as to the amount of loss pursuant to Exhibit A.

26. The current replacement cost for the roof of building in question is now $2,370,459.02 as exhibited in the May 16, 2023 letter demanding appraisal under the policy, said appraisal demand is attached as Exhibit B.

27. The plaintiff should be required to pay a total replacement cost for the roof in the amount of $2,370,459.02 and/or be required to participate in good faith in the appraisal process pursuant to the terms of Exhibit A.

28. An actual controversy exists between the parties hereto and pursuant to Section 2-701 of the Illinois Code of Civil Procedure, 735 ILCS 5/2-701 this court is vested with the power to declare the rights and obligations of the parties and give such other and further relief as this court may deem just and proper.

WHEREFORE, the plaintiffs, La Monica Family Limited Partnership and La Monica Beverages, Inc., prays that this court enter an order declaring that:

A.  The suit is not time barred pursuant to Exhibit A in light of the fact that the statute of limitations has not expired to bring this suit or any other claim for the loss referenced herein because West Bend failed to deny the payment of the supplemental amount $1,640,305.42 prior to the expiration of the two-year limitations period.

B.  That the court declare that the replacement cost value of the Building's roof pursuant to Exhibit A is $2,370,459.02.

C.  That the court grant any further relief that is deems just and appropriate.

D.  That the court declare that West Bend must participate in good faither in the appraisal process in accordance with the policy.

## COUNT II – PLED IN THE ALTERNATIVE TO COUNT I BREACH OF CONTRACT

29. The plaintiffs hereby reallege and incorporate by reference the allegations of paragraph 1 – 20 of the facts common to all counts for count II of the complaint as though fully set forth herein.

30. On or about October 1, 2018, the plaintiff and defendant entered into a written contract of insurance which included coverage for certain real property located at 4060 Rock Valley Parkway, Loves Park, Illinois 61111.

31. On and around August 10, 2020, the Building located at 4060 Rock Valley Parkway, Loves Park, Illinois 61111 sustained hail and wind damage to its roof and roofing components.

32. The insurance contract entered into between the plaintiff and the defendant hereto attached as Exhibit A covers the replacement cost value related to wind and hail for the aforementioned damaged Building.

33. On and prior to the hail and wind event which caused the damage to the Building located at 4060 Rock Valley Parkway, Loves Park, Illinois 61111, the building was in good repair and prevented moisture from intruding into the interior of the building and further the roofs water shedding ability had not been compromised.

34. On and around October 10, 2020, Family Partnership had fulfilled all of its obligations with respect to their insurance contract with West Bend including with cooperating with West Bend in providing proper notices, proof of loss and other information related to the loss at issue and paying all premiums to obtain coverage for the wind and hail event that occurred to the Building located at 4060 Rock Valley Parkway, Loves Park, Illinois 61111.

35. The contract entered into between the plaintiff and defendant attached hereto as Exhibit A states as follows:

**7. Valuation**

We will determine the value of Covered Property in the vent of loss or damage as follows:

a. At actual cash value as of the time of the loss or damage, except as provided in b., c., d., and e. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement. The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building.

1. Awnings and floor coverings;
2. Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or
3. Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.
d. Glass at the cost of replacement with safety-glazing material if required by law.
e. Tenants' Improvements and Betterments at:

1. Actual cash value of the lost or damaged property if you make repairs promptly.
2. A proration of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and
(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

3. Nothing if others pay for repair or replacement.

f. **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

8

1. **Coinsurance**

If coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;
(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);
(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and
(4) Subtract the deductible from the figure determined in Step (3)

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less.  For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $250 |
| | The amount of loss is: | $40,000 |

Step (1) $250,000 x 80% = $200,000
(the minimum amount of insurance to
Meet your Coinsurance requirements)
Step (2) 100,000 ÷ $200,000 = .50
Step (3) $40,000 x .50 = $20,000.00
Step (4) $20,000 - $250 = $19,750

We will pay no more than $19,750.  The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

When: The value of the property is:  $250,000
   The Coinsurance percentage
   For it is:      80%
   The Limit of Insurance for it is: $200,000
   The deductible is:    $250
   The amount of loss is:   $40,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:
   Building at Location 1:  $75,000
   Building at Location 2:  $100,000
   Personal Property
   At Location 2:    $75,000
          ----------
          $250,000

   The Coinsurance percentage
   For it is:      90%
   The Limit of Insurance for
   Buildings and Personal
   Property at Locations 1
   And 2 is:      $180,000
   The Deductible is:   $1,000
   The amount of loss is:
   Building at Location 2  $30,000
   Personal Property at
   Location 2:     $20,000
          ----------
          $50,000

Step (1) $250,000 x 90% = $225,000
   (the minimum amount of insurance
   To meet your Coinsurance requirements

10

And to avoid the penalty shown below)

Step (2)    $180,000 ÷ $225,000 = .80
Step (3)    $50,000 x .80 = $40,000
Step (4)    $40,000-$1,000 = $39,000

We will pay no more than $39,000.00, The remaining $11,000 is not covered.

Herein after referred to as "Coinsurance Penalty Provision".

36. The defendant submitted payment to the plaintiff in the amount of $950,000.00. However, pursuant to Exhibit A the defendant has failed to pay the full replacement cost for the roof which now totals $2,370,459.02.

37. The plaintiff breached the insurance contract attached hereto as Exhibit A with the defendant as to the foregoing acts and or omissions which were committed by the defendant:

   a. Failed to pay the entire amount for the replacement cost of the Building in the amount of $2,370,459.02.

   b. Failed to determine the correct amount of the replacement cost of the Building's roof in the amount of $2,370,459.02.

   c. Failed to fully compensate the plaintiff under Exhibit A in the amount of $2,370,459.02.

   d. Failed to determine the correct size of the building roof which is 750 square feet.

38. Even though the plaintiff fulfilled all of its obligations with respect to is contract of insurance attached hereto as Exhibit A, West Bend has failed to honor its obligation to pay the plaintiff the full replacement cost of the Building in the amount of $2,370,459.02.

11

39. The plaintiff is entitled to statutory interest pursuant to 735 ILCS 5/2-1303(a) in the amount of 9% per annum.

WHEREFORE, the plaintiffs, La Monica Family Limited Partnership and La Monica Beverages, Inc. seeks judgment against the defendant, West Bend Insurance Company in the amount of $1,420,459.02 including any applicable statutory interest and costs of suit. The plaintiff demands a jury trial of twelve jurors with respect to this count.

PLAINTIFF DEMANDS TRIAL BY JURY

**COUNT III – NEGLIGENCE**

40. The plaintiffs hereby reallege and incorporate by reference the allegations of paragraph 1 – 20 of the facts common to all counts for count III of the complaint as though fully set forth herein.

41. West Bend assigned Erik Hinthorne as the adjuster that was assigned to the claim made by Family Partnership related to the Building.

42. Erik Hinthorne was an employee and agent of West Bend.

43. On and before August 10, 2020, West Bend through its employees and agents including Erik Hinthorne owed a duty to the plaintiff Family Partnership to use ordinary care and utilize a standard of care consistent with industry standards with respect to the adjustment of the claim resulting in the property damage loss to the Building.

44. On or about June 3, 2021, Erik Hinthorne completed an estimate and measured the area of the roof's surface at 601.030 square feet.

45. Erik Hinthorne had duty to its insured, La Monica Family Limited Partnership to measure the roof properly in submitting the cost which West Bend estimated would be needed to replace the Building's roof consistent with the provisions of Exhibit A.

46. The defendant, West Bend, through its agent and employee, Erik Hinthorne, was guilty of one or more of the following careless and negligent acts or omissions:

a.  Improperly measured the Building's roofs surface at 601.30 square feet when the Building's roof surface actually measured 750 square feet.

b.  Failed to properly measure the roof's surface utilizing Eagle View or other measurement tools in determining the square footage of the roof's surface.

c.  Failed to prepare his estimate based on the actual amount of square feet of the Building's roof that was damaged which equated to 750 square feet.

d.  Failed to investigate the incorrect measurement of the roof at 601.30 square feet and perform further investigation to determine the correct square footage of the roof and provide a revised estimate regarding the same.

e.  As a direct and proximate result of the defendant, West Bend's, negligence through its agents and employees the plaintiff, Family Partnership, has suffered monetary damages in the amount of $1,350,000.00 which is the difference between the $950,000.00 which West Bend agreed to pay to the plaintiff and the estimates obtained on behalf of the plaintiff to replace the Building's roof with a roof surface equating to 750 square feet.

WHEREFORE, the plaintiffs, La Monica Family Limited Partnership and La Monica Beverages, Inc., demands judgment against the defendant, West Bend, in a sum in the amount of at least $1,420,459.02 and costs of this action.

PLAINTIFF DEMANDS TRIAL BY JURY

Respectfully submitted,

By:     /s/ Raymond J. Melton
        Attorney for La Monica Family Limited
        Partnership and La Monica Beverages, Inc.

Attorney Raymond J. Melton 06270265
Amundsen Davis, LLC
308 W. State Street, Suite 320
Rockford, IL 61101
(815) 904-8808 Phone
(815) 904-8809 fax
rmelton@amundsendavislaw.com

14

# EXHIBIT A



**WEST BEND**
A MUTUAL INSURANCE COMPANY®

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

### Commercial Lines Policy Declaration

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**                    12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

### Named Insured Schedule

LaMonica Beverages, Inc

LaMonica Family Limited Partnership



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

### Commercial Lines Policy Declarations

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**        12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

### Location Schedule

| Loc | Address | City | County | State | Zip |
|---|---|---|---|---|---|
| 1 | 4060 Rock Valley Pkwy | Loves Park | Winnebago | IL | 61111 |

DCP 03 04 14

10/14/2019 08:05:41



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Commercial Lines Policy Declarations

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**                    12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

### Forms Schedule

| Number | Edition | Description |
|--------|---------|-------------|
| WB214 | 0119 | MEMBERSHIP AND VOTING NOTICE |
| IL0985Z | 0115 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| IL0935Z | 0702 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IL0017Z | 1198 | COMMON POLICY CONDITIONS |
| IL0952Z | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IL0118 | 0217 | ILLINOIS CHANGES |
| IL0162 | 1013 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL0284 | 0118 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| WB660 | 0109 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| IL0147 | 0911 | ILLINOIS CHANGES - CIVIL UNION |

DCP 04 04 14

10/14/2019 08:05:41

# MEMBERSHIP AND VOTING NOTICE

**MUTUALS – MEMBERSHIP AND VOTING NOTICE**

The named insured is notified that by virtue of this policy, the named insured is a member of the West Bend Mutual Insurance Company of West Bend, Wisconsin and is entitled to vote either in person or by proxy at any and all meetings of said Company. The Annual Meetings are held in its Home Office, on the second Tuesday of March commencing in 2007 and each year thereafter, at 10:00 a.m.

**MUTUALS – PARTICIPATION CLAUSE WITH CONTINGENT LIABILITY**

No Contingent Liability: This policy is nonassessable. The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

In Witness Whereof, we have caused this policy to be executed and attested.

Christopher C. Zwygart
Secretary

Kevin A. Steiner
President and Chief Executive Officer

**West Bend Mutual Insurance Company**
**1900 S. 18th Avenue**
**West Bend, WI  53095**
**800-236-5010**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

## SCHEDULE

| |
|---|
| **SCHEDULE – PART I** |
| **Terrorism Premium (Certified Acts) $** |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| If you have previously rejected coverage under this policy for Certified Acts of Terrorism under the Terrorism Risk Insurance Act, Coverage will remain excluded unless you request coverage within 30 days of the policy effective date. |
| **Additional information, if any, concerning the terrorism premium:** |

| **SCHEDULE – PART II** | |
|---|---|
| Federal share of terrorism losses 85% Year: 2015 | Federal share of terrorism losses 84% Year: 2016 |
| Federal share of terrorism losses 83% Year: 2017 | Federal share of terrorism losses 82% Year: 2018 |
| Federal share of terrorism losses 81% Year: 2019 | Federal share of terrorism losses 80% Year: 2020 |
| (Refer to Paragraph B. in this endorsement) | |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

Contains material copyrighted by ISO, with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Contains material copyrighted by ISO, with its permission.
West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

IL 09 85 Z 01 15

IL 09 35 Z 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    **1.** The failure, malfunction or inadequacy of:

        **a.** Any of the following, whether belonging to any insured or to others:

            **(1)** Computer hardware, including micro-processors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and re-lated software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of any computer system; or

            **(6)** Any other computerized or electronic equipment or components; or

        **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorse-ment;

        due to the inability to correctly recognize, proc-ess, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

    **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

    **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part or the Standard Property Policy; or

    **2.** Under the Commercial Property Coverage Part:

        **a.** In a "Specified Cause of Loss", or in eleva-tor collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

        **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

    we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", eleva-tor collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modifi-cation of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficien-cies or change any features.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
© ISO Properties, Inc.,  2001

IL 00 17 Z 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy (except Businessowners and Inland Marine) are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
Copyright, Insurance Services Office, Inc., 1998

IL 00 17 Z 11 98

Page 1 of 1

IL 09 52 Z 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
© Insurance Services Office, Inc., 2015

IL 01 18 02 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99,** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.,** then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

 © Insurance Services Office, Inc., 2016

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form – Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

**a.** The loss ("loss") arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**F.** The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**a.** The loss arose out of a pattern of criminal domestic violence; and

**b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **F.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 © Insurance Services Office, Inc., 2016

IL 01 62 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

4. Section **A.** Coverage under the Legal Liability Coverage Form; and

5. Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

© Insurance Services Office, Inc., 2013

IL 02 84 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

   If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. **Real Property Other Than Residential Properties Occupied By Four Families Or Less**

The following applies only if this policy covers real property other than residential property occupied by four families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

   (1) Seasonal unoccupancy; or

   (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

   (1) An outstanding order to vacate;

   (2) An outstanding demolition order; or

   (3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

9. **Residential Properties Occupied By Four Families Or Less**

The following applies if this policy covers residential properties occupied by four families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

10. For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**Grain In Public Grain Warehouses**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

B. The following is added:

**Nonrenewal**

1. If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

2. Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

3. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

4. If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

5. The following provision applies to policies other than those described in Paragraph **6.:**

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the policy.

     © Insurance Services Office, Inc., 2017     IL 02 84 01 18

6. The following provision applies only if this policy covers residential properties occupied by four families or less:

a. If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

   (1) The policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

   (2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

   (3) You received 60 days' notice of our intent not to renew as provided in **1.** above.

b. If this policy has been issued to you and in effect with us for less than five years, we may not fail to renew this policy unless you received 30 days' notice as provided in **1.** above.

c. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

d. The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

     © ISO Properties, Inc., 2007     **IL 00 21 09 08**     □

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
GARAGE COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE FORM

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

**1.** Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

**2.** Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

© Insurance Services Office, Inc., 2011



**WEST BEND**
A MUTUAL INSURANCE COMPANY®

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Commercial Property Coverage Declarations

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**     12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

## Description of Location or Premises

| Loc | Bldg | Building and Occupancy Description | Construction | Protection Class |
|-----|------|-----------------------------------|--------------|------------------|
| 1 | 1 | Building #1-office & warehouse<br>[0433] Mercantile - Multiple occupancy - over 15, 000 sq. ft | Masonry Non-Combustible | 05 |

DCF 01 04 14

10/14/2019 08:05:41


**WEST BEND**
A MUTUAL INSURANCE COMPANY®
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

### Commercial Property Coverage Declarations

**Customer Number:** 0110095372          **Policy Period:** 10/01/2019 to 10/01/2020
**Policy Number:** A499814 01            at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**           **Agency Name and Address:**                    12192
LaMonica Beverages, Inc                  COYLE-KILEY INSURANCE AGENCY
4060 Rock Valley Pkwy                     810 N ALPINE RD
Loves Park, IL 61111                      ROCKFORD, IL 61107
                                          815-987-2170

### Commercial Property Coverage Schedule

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|-----|------|------|-------------------|-------------|---------------|---------|
| 1 | 1 | Building | | 90% | Special | $2,925 |
| | | Replacement Cost | | | | |
| | | Agreed Value | | | | |
| | | Agreed Value Expiration Date: 10/01/2020 | | | | |
| | | Earthquake | Included | | | $513 |
| | | Earthquake Deductible - 10% | | | | |
| | | Deductible - $1,000 | | | | |
| | | Ordinance or Law: | | | | |
| | | Loss to Undamaged Portion of Building | Included | | Special | Included |
| | | Demolition Cost | $250,000 | | Special | $169 |
| | | Increased Cost of Construction | $250,000 | | Special | $169 |

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|-----|------|------|-------------------|-------------|---------------|---------|
| 1 | 1 | Business Personal Property | | 90% | Special | $2,668 |
| | | Replacement Cost | | | | |
| | | Agreed Value | | | | |
| | | Agreed Value Expiration Date: 10/01/2020 | | | | |
| | | Earthquake | Included | | | $334 |
| | | Earthquake Deductible - 10% | | | | |



**WEST BEND**
A MUTUAL INSURANCE COMPANY®
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Commercial Property Coverage Declarations

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**           12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

Deductible - $1,000

| Loc | Bldg | Type | Limit of Insurance | Coinsurance | Cause Of Loss | Premium |
|-----|------|------|--------------------|-------------|---------------|---------|
| 1 | 1 | Business Income & Extra Expense Including Rental Value | $2,000,000 | Suspended | Special | $2,120 |
| | | 1/4 Monthly Limitation | | | | |
| | | Time Period - 72 hour waiting | | | | |
| | | Ordinance or Law - Increased Period of Restoration | | | | |

See attached Forms Schedule for forms and endorsements applicable to this coverage.

DCF 03 10 16

10/14/2019 08:05:41



WEST BEND
A MUTUAL INSURANCE COMPANY®
West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Commercial Property Endorsements and Miscellaneous Premiums**

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:** 12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

### Endorsements – Applicable to All Locations

| Description | Form Number | Premium |
|---|---|---|
| Equipment Breakdown | WB34 | $674 |
| Cyber Suite | WB2843 | $252 |
| Plus Pak - Property | WB1498 | $375 |
| Water Backup, Sump Pump Overflow | WB1337 | $500 |

### Endorsements – Applicable to a Specific Location

| Loc | Bldg | Description | Form Number | Premium |
|---|---|---|---|---|
| 1 | 1 | Utility Services - Time Element | CP1545 | $0 |

### Miscellaneous Premiums

| Description | Form Number | Premium |
|---|---|---|
| Terrorism Risk Insurance Act | | $108 |
| Terrorism Risk Insurance Act (Fire Only) | | Included |

Total Commercial Property Premium: $10,807

See attached Forms Schedule for forms and endorsements applicable to this coverage.



**WEST BEND**
A MUTUAL INSURANCE COMPANY®

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

**Commercial Property Additional Interest Schedule**

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**          12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

**Additional Interest Schedule**

| Loc | Name and Address | Reference/Loan Number | Interest |
|-----|------------------|----------------------|----------|
| 1 | BMO Harris Bank NA<br>PO Box 2880<br>Chicago, IL 60690 | | Mortgageholder |

DCF 08 04 14

10/14/2019 08:05:41



WEST BEND
A MUTUAL INSURANCE COMPANY®

West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

## Commercial Property Forms Schedule

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**     12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

### Forms Schedule

| Number | Edition | Description |
|---|---|---|
| CP0010 | 1012 | BUILDING AND PERSONAL PROPERTY  COVERAGE FORM |
| CP0030 | 1012 | BUSINESS INCOME (AND EXTRA EXPENSE)  COVERAGE FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITIONS |
| CP0140 | 0706 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP0405 | 0917 | ORDINANCE OR LAW COVERAGE |
| CP0411 | 1012 | PROTECTIVE SAFEGUARDS |
| CP1030 | 0917 | CAUSES OF LOSS - SPECIAL FORM |
| CP1040 | 0219 | EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT |
| CP1218 | 1012 | LOSS PAYABLE PROVISIONS |
| CP1219 | 0607 | ADDITIONAL INSURED - BUILDING OWNER |
| CP1531 | 0917 | ORDINANCE OR LAW - INCREASED PERIOD OF RESTORATION |
| CP1545 | 0917 | UTILITY SERVICES - TIME ELEMENT |
| WB1337 | 0118 | WATER BACK UP, SUMP PUMP OVERFLOW |
| WB1498 | 0618 | PLUS PAK - PROPERTY |
| WB34 | 0118 | EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT |

DCF 09 04 14

10/14/2019 08:05:41



West Bend Mutual Insurance Company
1900 S. 18th Ave. | West Bend, WI 53095

Renewal

### Commercial Property Forms Schedule

**Customer Number:** 0110095372
**Policy Number:** A499814 01

**Policy Period:** 10/01/2019 to 10/01/2020
at 12:01 AM Standard Time at Your Mailing Address Shown Below

**Named Insured and Address:**
LaMonica Beverages, Inc
4060 Rock Valley Pkwy
Loves Park, IL 61111

**Agency Name and Address:**               12192
COYLE-KILEY INSURANCE AGENCY
810 N ALPINE RD
ROCKFORD, IL 61107
815-987-2170

### Forms Schedule

| Number | Edition | Description |
|--------|---------|-------------|
| WB539 | 0414 | AUTOMATIC BUILDING VALUE INCREASE |
| WB898 | 0118 | YOUR BUSINESS PERSONAL PROPERTY AMENDMENT TENANT GLASS |
| WB2843 | 0819 | CYBER SUITE COVERAGE ENDORSEMENT (CLAIMS-MADE THIRD PARTY) |
| CP0149 | 0607 | ILLINOIS CHANGES - ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION |
| WB2844 | 0819 | ILLINOIS CHANGES AMENDATORY ENDORSEMENT |

DCF 09 04 14

10/14/2019 08:05:41

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

  **(1)** The lowest basement floor; or

  **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

  **(1)** Are licensed for use on public roads; or

  **(2)** Are operated principally away from the described premises.

  This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011   CP 00 10 10 12

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

© Insurance Services Office, Inc., 2011

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

 © Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### Example 1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building 1: | $ | 60,000 |
| Limit of Insurance – Building 2: | $ | 80,000 |
| Loss to Building 1: | $ | 60,100 |
| Loss to Building 2: | $ | 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

```
  $ 60,100
 −     250
  $ 59,850 Loss Payable – Building 1
```

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### Example 2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties In The Event Of Loss Or Damage

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

 © Insurance Services Office, Inc., 2011

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

© Insurance Services Office, Inc., 2011

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is: $ 100,000
The annual percentage increase is: 8%
The number of days since the beginning of the policy year (or last policy change) is: 146
The amount of increase is: $100,000 x .08 x 146 ÷ 365 = $ 3,200

**3. Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © Insurance Services Office, Inc., 2011 CP 00 10 10 12

COMMERCIAL PROPERTY
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

© Insurance Services Office, Inc., 2011

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

© Insurance Services Office, Inc., 2011

CP 00 30 10 12

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

© Insurance Services Office, Inc., 2011

CP 00 30 10 12

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

   a. The amount of Business Income loss will be determined based on:

   (1) The Net Income of the business before the direct physical loss or damage occurred;

   (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

   (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

   (4) Other relevant sources of information, including:

   (a) Your financial records and accounting procedures;

   (b) Bills, invoices and other vouchers; and

   (c) Deeds, liens or contracts.

   b. The amount of Extra Expense will be determined based on:

   (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

   (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

   (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

   (2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

   c. **Resumption Of Operations**

   We will reduce the amount of your:

   (1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

   (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

   d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

4. **Loss Payment**

   We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

D. **Additional Condition**

   **COINSURANCE**

   If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

   We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

   1. The Coinsurance percentage shown for Business Income in the Declarations; times

   2. The sum of:

   a. The Net Income (Net Profit or Loss before income taxes), and

   b. Operating expenses, including payroll expenses,

   that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

© Insurance Services Office, Inc., 2011

CP 00 30 10 12

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 ÷ $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    **b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

        **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

        **(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

    **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    **b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

        **(1)** The Limit of Insurance, multiplied by

        **(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

    **a.** To activate this Optional Coverage:

        **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

            **(a)** During the 12 months prior to the date of the Work Sheet; and

            **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

        **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

            **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

            **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

    **b.** The Additional Condition, Coinsurance, is suspended until:

        **(1)** 12 months after the effective date of this Optional Coverage; or

        **(2)** The expiration date of this policy;

        whichever occurs first.

    **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

        **(1)** Within 12 months of the effective date of this Optional Coverage; or

        **(2)** When you request a change in your Business Income Limit of Insurance.

    **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

        **(1)** The Business Income Limit of Insurance; divided by

        **(2)** The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $100,000 ÷ $200,000 = .50

Step **(2)**: .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

    Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

© Insurance Services Office, Inc., 2011

CP 00 30 10 12

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

I. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

POLICY NUMBER: A499814

COMMERCIAL PROPERTY
CP 04 05 09 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Building Number/ Premises Number | Coverage A | Coverage B Limit Of Insurance | Coverage C Limit Of Insurance | Coverages B And C Combined Limit Of Insurance |
|---|---|---|---|---|
| 1 / 1 | [X] | $ 250,000 | $ 250,000 | $ * |
| / | [ ] | $ | $ | $ * |
| / | [ ] | $ | $ | $ * |

Post-Loss Ordinance Or Law Option: Yes [ ] No [X]

*Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Each Coverage – Coverage **A**, Coverage **B** and Coverage **C** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement applies with respect to an ordinance or law that regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises, subject to the following:

1. The requirements of the ordinance or law are in force at the time of loss. But if the Post-Loss Ordinance Or Law Option is indicated in the Schedule as being applicable, then Paragraph **B.2.** applies instead of this Paragraph **B.1.**

2. The requirements of the ordinance or law are in force at the time of loss; or the ordinance or law is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

3. Coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

CP 04 05 09 17

© Insurance Services Office, Inc., 2016

Page 1 of 5

4. Coverage under this endorsement applies only if:

   a. The building sustains only direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

   b. The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

   However, there is no coverage under this endorsement if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, even if the building has also sustained covered direct physical damage.

5. If coverage applies under this endorsement based on the terms of Paragraph **B.4.b.,** we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

   (Paragraph **F.** of this endorsement provides an example of this procedure.)

   However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

6. We will not pay under this endorsement for:

   a. Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   b. The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

7. We will not pay under this endorsement for any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

C. Coverage

1. **Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

   With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

   Coverage **A** is included within the Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. Coverage **A** does not increase the Limit of Insurance.

2. **Coverage B – Demolition Cost Coverage**

   With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

   The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

3. **Coverage C – Increased Cost Of Construction Coverage**

   a. With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

      (1) Repair or reconstruct damaged portions of that building; and/or

      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

      when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

      However:

      (1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

 © Insurance Services Office, Inc., 2016 CP 04 05 09 17

**(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with Paragraph **C.3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in Paragraph **C.3.a.:**

**(1)** The cost of excavations, grading, backfilling and filling;

**(2)** Foundation of the building;

**(3)** Pilings; and

**(4)** Underground pipes, flues and drains.

The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **3.b.**

**D. Loss Payment**

**1.** All following loss payment provisions, **D.2.** through **D.5.**, are subject to the apportionment procedures set forth in Paragraph **B.5.** of this endorsement.

**2.** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**a.** If the Replacement Cost Coverage Option applies and such building is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**(1)** The amount you would actually spend to repair, rebuild or reconstruct such building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**(2)** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**b.** If the Replacement Cost Coverage Option applies and such building is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

**(1)** The actual cash value of such building at the time of loss; or

**(2)** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**3.** Unless Paragraph **D.5.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The applicable Limit Of Insurance shown for Coverage **B** in the Schedule.

4. Unless Paragraph **D.5.** applies, loss payment under Coverage **C** – Increased Cost Of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage **C**:

      (1) Until the building is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the same premises; or

      (2) The applicable Limit Of Insurance shown for Coverage **C** in the Schedule.

   c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of construction at the new premises; or

      (2) The applicable Limit Of Insurance shown for Coverage **C** in the Schedule.

5. If a Combined Limit Of Insurance is shown for Coverages **B** and **C** in the Schedule, Paragraphs **D.3.** and **D.4.** do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit Of Insurance shown for Coverages **B** and **C** in the Schedule. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction:

      (1) We will not pay for the increased cost of construction:

         (a) Until the building is actually repaired or replaced, at the same or another premises; and

      (b) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      (2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

      (3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

E. The terms of this endorsement apply separately to each building to which this endorsement applies.

F. Example of proportionate loss payment for Ordinance Or Law Coverage Losses (procedure as set forth in Paragraph **B.5.**).

   Assume:

   ● Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

   ● The building has a value of $200,000

   ● Total direct physical damage to building: $100,000

   ● The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

   ● Portion of direct physical damage that is covered (caused by wind): $30,000

   ● Portion of direct physical damage that is not covered (caused by flood): $70,000

   ● Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

   Step 1:   Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

             $30,000 ÷ $100,000 = .30

   Step 2:   Apply that proportion to the Ordinance or Law loss.

             $60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

© Insurance Services Office, Inc., 2016

CP 04 05 09 17

**G.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

POLICY NUMBER: A499814

COMMERCIAL PROPERTY
CP 04 11 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-1 |
| | | |
| | | |

| Describe Any "P-9": |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   **a.** Any automatic fire protective or extinguishing system, including connected:

   (1) Sprinklers and discharge nozzles;

   (2) Ducts, pipes, valves and fittings;

   (3) Tanks, their component parts and supports; and

   (4) Pumps and private fire protection mains.

   **b.** When supplied from an automatic fire protective system:

   (1) Non-automatic fire protective systems; and

   (2) Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

CP 04 11 10 12 © Insurance Services Office, Inc., 2011 Page 1 of 2

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss – Basic Form
Causes Of Loss – Broad Form
Causes Of Loss – Special Form
Mortgageholders Errors And Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY
CP 10 30 09 17

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

   © Insurance Services Office, Inc., 2016

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© Insurance Services Office, Inc., 2016

CP 10 30 09 17

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    **(1)** You do your best to maintain heat in the building or structure; or

    **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

    **(1)** Applies whether or not an act occurs during your normal hours of operation;

    **(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

    **(1)** An abrupt falling down or caving in;

    **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

    **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

    **(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

    **(b)** To collapse caused by one or more of the following:

        **(i)** The "specified causes of loss";

        **(ii)** Breakage of building glass;

        **(iii)** Weight of rain that collects on a roof; or

        **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

    **(1)** Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

     © Insurance Services Office, Inc., 2016      CP 10 30 09 17

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2016

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation;

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2016

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

   **1. Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   **b.** Loss or damage must be caused by or result from one of the following causes of loss:

   **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

   **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

   **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   **c.** The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   **2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

   b. Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means:

      (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

      (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

   But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

   To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

 © Insurance Services Office, Inc., 2016 CP 10 30 09 17

COMMERCIAL PROPERTY
CP 10 40 02 19

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTHQUAKE AND VOLCANIC ERUPTION COVERAGE WITH PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Earthquake And Volcanic Eruption Coverage | | | | | | |
|---|---|---|---|---|---|---|
| Building Number/ Premise Number | Percentage Deductible | | Limit Of Insurance | Including Masonry Veneer Option | | |
| | | % | $ | | Yes | No |
| | | % | $ | | Yes | No |
| | | % | $ | | Yes | No |
| Earthquake – Sprinkler Leakage Only* | | | | | | |
| Building Number/Premises Building | | | Limit Of Insurance | | | |
| | | | $ | | | |
| | | | $ | | | |
| | | | $ | | | |
| *The Deductible for Earthquake – Sprinkler Leakage Only is the same Deductible that applies to Fire. | | | | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | | |

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term policy.

**B.** This endorsement applies to the Covered Property and Coverages for which a Limit Of Insurance is shown in the Schedule.

**C. Additional Covered Causes Of Loss**

    **1.** The following are added to the Covered Causes Of Loss:

        **a.** Earthquake.

        **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

    **2.** If the Schedule indicates that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

        **a.** Sprinkler Leakage resulting from Earthquake.

        **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

© Insurance Services Office, Inc., 2018

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this Policy will not reduce the 168-hour period.

## D. Exclusions, Limitations And Related Provisions

1. The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in Paragraphs **D.2.** and **D.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. The exclusion of collapse, in the Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

4. The Additional Coverage – Collapse, in the Causes Of Loss – Broad Form, Causes Of Loss – Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

5. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

6. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

7. The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

This limitation, **D.8.**, does not apply if:

   a. The Schedule indicates that the "Including Masonry Veneer" option applies or the premises description in the Declarations specifically states "Including Masonry Veneer"; or

   b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

## E. Property Damage Deductible

1. The provisions of Paragraph **E.3.** of this endorsement are applicable to all Coverage Forms except:

   a. Business Income (And Extra Expense) Coverage Form;

   b. Business Income (Without Extra Expense) Coverage Form; and

   c. Extra Expense Coverage Form.

2. If the Schedule indicates that this endorsement covers Earthquake – Sprinkler Leakage Only, then the Deductible set forth in Paragraph **E.3.** of this endorsement does not apply to such coverage. The applicable Deductible for such coverage is the same Deductible that applies to Fire.

3. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

   a. All Policies

      (1) The Deductible provisions apply to each Earthquake or Volcanic Eruption.

      (2) Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

         (a) Two or more buildings sustain loss or damage;

         (b) Personal property at two or more buildings sustains loss or damage; and/or

© Insurance Services Office, Inc., 2018

**(c)** A building and the personal property in that building sustain loss or damage.

**(3)** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition – Need For Adequate Insurance or Additional Condition – Need For Full Reports.

**(4)** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**(5)** If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (*e.g.,* Fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b. Calculation Of The Deductible – Specific Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the Limit of Insurance applicable to the property that has sustained loss or damage.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit of Insurance.

**c. Calculation Of The Deductible – Blanket Insurance Other Than Builders Risk**

**(1) Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2) Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of that property as of the time of loss or damage.

d. **Calculation Of The Deductible – Builders Risk Insurance**

   (1) **Builders Risk Other Than Reporting Form**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the actual cash value of that property as of the time of loss or damage.

   (2) **Builders Risk Reporting Form**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Schedule) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

   However:

   **(a)** If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

   **(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

F. **Examples – Application Of Deductible In E.3.:**

   **EXAMPLE 1 – SPECIFIC INSURANCE (E.3.b.(1))**

   The amount of loss to the damaged building is $60,000.

   The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 5%.

Step **(1):**    $70,000 ÷ $80,000 = .875

Step **(2):**    $60,000 X .875 = $52,500

Step **(3):**    $70,000 X 5% = $3,500

Step **(4):**    $52,500 – $3,500 = $49,000

The most we will pay is $49,000. The remainder of the loss, $11,000, is not covered due to the Coinsurance penalty for inadequate insurance (steps **(1)** and **(2)**) and the application of the Deductible (steps **(3)** and **(4)**).

**EXAMPLE 2 – SPECIFIC INSURANCE (E.3.b.(1))**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (business personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the business personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the business personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the business personal property (therefore no Coinsurance penalty).

The Deductible is 10%.

**Building 1**

Step **(1):**    $80,000 X 10% = $8,000

Step **(2):**    $60,000 – $8,000 = $52,000

**Business Personal Property**

Step **(1):**    $64,000 X 10% = $6,400

Step **(2):**    $40,000 – $6,400 = $33,600

The most we will pay is $85,600. That portion of the total loss not covered due to application of the Deductible is $14,400.

**EXAMPLE 3 – BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

 © Insurance Services Office, Inc., 2018 CP 10 40 02 19

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The **actual** Blanket Limit of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $60,000 (Building 2).

The Deductible is 5%.

**Building 1**

Step **(1):**     $500,000 X 5% = $25,000

Step **(2):**     $40,000 − $25,000 = $15,000

**Building 2**

Step **(1):**     $500,000 X 5% = $25,000

Step **(2):**     $60,000 − $25,000 = $35,000

The most we will pay is $50,000. That portion of the total loss not covered due to application of the Deductible is $50,000.

**EXAMPLE 4 – BLANKET INSURANCE (E.3.c.(1))**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Business Personal Property at Building 1 ($250,000) and Business Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The **actual** Blanket Limit of Insurance covering Buildings 1 and 2 and Business Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore there is no Coinsurance penalty.

Building 1 and Business Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

**Building**

Step **(1):**     $500,000 X 10% = $50,000

Step **(2):**     $95,000 − $50,000 = $45,000

**Business Personal Property**

Step **(1):**     $250,000 X 10% = $25,000

The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

**G. Business Income And Extra Expense Period Of Restoration**

This Paragraph **G.** is applicable only to the Coverage Forms specified below:

**1.** Business Income (And Extra Expense) Coverage Form;

**2.** Business Income (Without Extra Expense) Coverage Form; and

**3.** Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Paragraph **C.** of this endorsement.

POLICY NUMBER: A499814

COMMERCIAL PROPERTY
CP 12 18 10 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Location Number: 1 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1. |
|---|---|---|
| Description Of Property: Building<br><br>Loss Payee Name: LaMonica Family Limited Partnership<br><br>Loss Payee Address: 4050 Rock Valley Pkwy<br>                Loves Park, IL 61111-4470 | | |
| Location Number: 1 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.2. |
| Description Of Property: Building<br><br>Loss Payee Name: Rockford Bank & Trust Co<br><br>Loss Payee Address: PO Box 1748<br>                Rockford, IL 61110 | | |
| Location Number: | Building Number: | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): |
| Description Of Property:<br><br>Loss Payee Name:<br><br>Loss Payee Address: | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

A. When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

B. Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

C. The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

  **1. Loss Payable Clause**

    For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

    **a.** Adjust losses with you; and

    **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

  **2. Lender's Loss Payable Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

      **(1)** Warehouse receipts;

      **(2)** A contract for deed;

      **(3)** Bills of lading;

      **(4)** Financing statements; or

      **(5)** Mortgages, deeds of trust, or security agreements.

    **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

      **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

      **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

      **(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        **(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

        **(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.

      **(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        **(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

        **(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

    **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

    **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

 © Insurance Services Office, Inc., 2011

3. **Contract Of Sale Clause**

    a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

    b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

        (1) Adjust losses with you; and

        (2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

    c. The following is added to the **Other Insurance** Condition:

        For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

    a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

    b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

    c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

POLICY NUMBER: A499814

COMMERCIAL PROPERTY
CP 12 19 06 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – BUILDING OWNER

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 1 | Building Number: 1 |
|---|---|
| **Building Description:** Building<br><br>**Building Owner Name:** Rockford Bank & Trust Co<br><br>**Building Owner Address:** PO Box 1748<br>Rockford, IL 61110 | |

| Premises Number: | Building Number: |
|---|---|
| **Building Description:**<br><br>**Building Owner Name:**<br><br>**Building Owner Address:** | |

| Premises Number: | Building Number: |
|---|---|
| **Building Description:**<br><br>**Building Owner Name:**<br><br>**Building Owner Address:** | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The building owner identified in this endorsement is a Named Insured, but only with respect to the coverage provided under this Coverage Part or Policy for direct physical loss or damage to the building(s) described in the Schedule.

CP 12 19 06 07                  © ISO Properties, Inc., 2007                  Page 1 of 1        ☐

POLICY NUMBER: A499814

**COMMERCIAL PROPERTY**
**CP 15 31 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW – INCREASED PERIOD
# OF RESTORATION

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| |
|---|
| **Described Premises:** Location #1 - Building #1-office & warehouse |
| **Post-Loss Ordinance Or Law Option:** Yes ☐  No ☒ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** If a Covered Cause of Loss occurs to a building(s) at the premises described in the Schedule, resulting in a "suspension" of "operations" covered under this policy, the "period of restoration" is extended to include the increased period required to comply with the minimum standards of an ordinance or law, provided that:

**1.** The ordinance or law regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**2.** The requirements of the ordinance or law are in force at the time of loss. But if the Post-Loss Ordinance Or Law Option is indicated in the Schedule as being applicable, then Paragraph **A.3.** applies instead of this Paragraph **A.2.**

**3.** The requirements of the ordinance or law are in force at the time of loss; or the ordinance or law is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires:

**1.** The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**B.** The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

© Insurance Services Office, Inc., 2016

POLICY NUMBER: A499814

COMMERCIAL PROPERTY
CP 15 45 09 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UTILITY SERVICES – TIME ELEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Utility Services Limit Of Insurance | Enter "X" for each applicable property. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Water Supply Property | Waste-water Removal Property | Commu-nication Supply Property (including overhead trans-mission lines) | Commu-nication Supply Property (not including overhead trans-mission lines) | Power Supply Property (including overhead trans-mission lines) | Power Supply Property (not including overhead trans-mission lines) |
| 1 | 1 | $ 2,000,000 | X | X | | X | | X |

**Causes Of Loss Form Applicable:** Special - InclTheft

**Business Income Waiting Period:** ___72___ **Hours**
(Leave blank if no waiting period applies to Business Income, or if Business Income coverage does not apply.)

| | | $ | | | | | | |
|---|---|---|---|---|---|---|---|---|

**Causes Of Loss Form Applicable:**

**Business Income Waiting Period:** _____ **Hours**
(Leave blank if no waiting period applies to Business Income, or if Business Income coverage does not apply.)

| | | $ | | | | | | |
|---|---|---|---|---|---|---|---|---|

**Causes Of Loss Form Applicable:**

**Business Income Waiting Period:** _____ **Hours**
(Leave blank if no waiting period applies to Business Income, or if Business Income coverage does not apply.)

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

 © Insurance Services Office, Inc., 2016

## A. Coverage

Your coverage for Business Income and/or Extra Expense, as provided and limited in the applicable Coverage Form, is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss (as provided under the applicable Causes of Loss form indicated in the Schedule) to the property described in Paragraph **E.** if such property is indicated by an "X" in the Schedule.

## B. Waiting Period

If a Business Income Waiting Period is indicated in the Schedule, such waiting period begins at the time of interruption of utility service to the described premises.

## C. Duration Of Coverage

Coverage under this endorsement applies to loss sustained and expense incurred during the period of time that:

**1.** Begins:

  **a.** Following expiration of the waiting period indicated in the Schedule, for Business Income; or

  **b.** At the time of interruption of utility service to the described premises, for Extra Expense (and for Business Income, if a Business Income Waiting Period does not apply); and

**2.** Ends when:

  **a.** "Operations" are fully resumed by any means; or

  **b.** "Operations" could be fully resumed with reasonable speed following restoration of utility service to the described premises;

whichever occurs first.

The expiration date of this policy will not cut short the duration of coverage under this endorsement.

The "period of restoration" definition in the Coverage Form, or in any endorsement amending the Coverage Form, does not apply to the coverage provided under this endorsement.

## D. Exception

Coverage under this endorsement does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

## E. Utility Services

**1.** Water Supply Property, meaning the following types of property supplying water to the described premises:

  **a.** Pumping stations; and

  **b.** Water mains.

**2.** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**3.** Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

  **a.** Communication transmission lines, including optic fiber transmission lines;

  **b.** Coaxial cables; and

  **c.** Microwave radio relays except satellites.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

**4.** Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

  **a.** Utility generating plants;

  **b.** Switching stations;

  **c.** Substations;

 © Insurance Services Office, Inc., 2016 CP 15 45 09 17

d. Transformers; and

e. Transmission lines.

It does not include overhead transmission lines unless indicated by an "X" in the Schedule.

F. As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

G. The **Coinsurance** Additional Condition does not apply to this endorsement.

H. The Utility Services Limit Of Insurance, as shown in the Schedule, is the only Limit which applies to the coverage provided under this endorsement, and is part of, not in addition to, the Limit Of Insurance stated in the Declarations as applicable to the described premises.

POLICY NUMBER: A499814

COMMERCIAL PROPERTY<br>WB 1337 01 18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WATER BACK-UP AND SUMP PUMP OVERFLOW

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

### SCHEDULE

| Policy Limit of Insurance (Annual Aggregate Limitation Applies) | | |
|---|---|---|
| $ 100,000 | | |
| Separate Premises Option  ☐ Yes  ☒ No | | |
| Premises Number | Limit Of Insurance (Annual Aggregate Limitation Applies) | |
| | $ | |
| | $ | |
| | $ | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** We will pay for direct physical loss or damage, not caused by your negligence, to Covered Property caused by or resulting from:

1. Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

2. Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump, or its related equipment.

**B.** With respect to the coverage provided under this endorsement, **Exclusion B.1.g. Water** in CAUSES OF LOSS – BASIC FORM; CAUSES OF LOSS – BROAD FORM; CAUSES OF LOSS – SPECIAL FORM is replaced by the following:

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings; or

4. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.** or **3.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **4.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **4.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**C. Business Income And Extra Expense**

We will pay for business income loss and/or extra expense in accordance with the terms of the Coverage Form applicable to such premises under your policy, when such loss or expense arises out of the direct physical loss or damage described in Paragraph **A**.

**D. Limits Of Insurance**

**1. Policy Limit**

The most we will pay, for the coverage provided under this endorsement for the total of all direct physical loss or damage and business income and/or extra expense occurring during the policy term is the Policy Limit indicated in the Schedule. This limit does not apply separately to each location.

**2. Premises Limit**

If the Schedule indicates that the Separate Premises Option applies, then the most we will pay for the coverage provided under this endorsement for the total of all direct physical loss or damage and business income and/or extra expense occurring during the policy term is the Limit Of Insurance, as indicated for each premises. The Limit Of Insurance applies separately to each premises described in the Schedule.

**E. Annual Aggregate Limitation**

The most we will pay for the total of all direct physical loss or damage sustained and business income and/or extra expense caused by all occurrences in a 12-month period (starting with the beginning of the present annual policy period), regardless of the number of occurrences during that period of time, is the Policy Limit Of Insurance or the Premises Limit Of Insurance described in the Schedule.

With respect to an occurrence which begins in one policy year and continues or results in additional direct physical loss or damage, loss of business income, or extra expense you incur in a subsequent policy year(s), all direct physical loss or damage, loss of business income, or extra expense you incur is deemed to be sustained in the policy year in which the occurrence began.

**F.** Section **D. Deductible** applies.

**G.** For the purposes of this endorsement, the term drain includes a roof drain and related fixtures.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.

WB 1337 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PLUS PAK – PROPERTY

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT OWNERS COVERAGE FORM

Coverage provided by this endorsement is subject to the Cause of Loss Form attached to this policy and the policy's Deductible provision unless otherwise noted.

Coverages provided by this endorsement are in excess of any other specific coverages that are provided in other Coverage Parts or other Policies, provided by West Bend Mutual Insurance Company.

**A. Premises Boundary**

1. When this endorsement is attached to **Building and Personal Property Coverage Form or Condominium Association Coverage Form,** under **Section A.1. Covered Property:**

   Item **a.** Building, paragraph **(5)(b)**; item **b.** Your Business Personal Property; item **c.** Personal Property Of Others, paragraph **(2)**, the distance limitation is amended to read within 1,000 feet of the described premises.

   Under **Section A.5. Coverage Extensions** the distance limitation in the first paragraph is amended to read within 1,000 feet of the described premises.

2. When this endorsement is attached to **Condominium Commercial Unit-Owners Coverage Form** under **Section A.1. Covered Property:**

   Item **a. Your Business Personal Property;** Item **b.(2) Personal Property Of Others,** the distance limitation is amended to read within 1,000 feet of the described premises.

   Under **Section A.5. Coverage Extensions** the distance limitation in the first paragraph is amended to read within 1,000 feet of the described premises.

**B. Under Section A.2. Property Not Covered:**

1. Paragraph **a.** is deleted and replaced by:

   **a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities except as provided in the Coverage Extensions. Lottery tickets held for sale are not securities.

2. When this endorsement is attached to **Building and Personal Property Coverage Form or Condominium Association Coverage Form,** paragraph **q.(2)** is deleted and replaced by:

   Radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

3. When this endorsement is attached to **Condominium Commercial Unit-Owners Coverage Form,** paragraph **k.(2)** is deleted and replaced by:

   Radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**C. Under Section A.4. Additional Coverages**

1. Paragraph **a. Debris Removal** is deleted and replaced by:

   **a. Debris Removal**

   **(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   **(2)** Debris Removal does not apply to costs to:

   **(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property.

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $50,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000.

**(5)** Examples

The following examples assume that there is no coinsurance penalty.

**Example #1**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 50,000 |
| Amount of Loss Payable | $ | 49,500 |
| | ($50,000 - $500) | |
| Debris Removal Expense | $ | 10,000 |
| Debris Removal Expense Payable | $ | 10,000 |
| ($10,000 is 20% of $50,000) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 80,000 |
| Amount of Loss Payable | $ | 79,500 |
| | ($80,000 - $500) | |
| Debris Removal Expense | $ | 30,000 |
| Debris Removal Expense Payable: | | |
| Basic Amount | $ | 10,500 |
| Additional Amount | $ | 19,500 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

WB 1498 06 18

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(3)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000) and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $50,000, the maximum payable under Paragraph **(3)**. Therefore, the full amount of debris removal expense ($30,000) is payable.

2. Paragraph **c. Fire Department Service Charge** is deleted and replaced by:

   **c. Fire Department Service Charge**

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $250,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

   This Additional Coverage applies to your liability for fire department service charges:

   (1) Assumed by contract or agreement prior to loss; or

   (2) Required by local ordinance.

   The limit of insurance provided for this Additional Coverage is in addition to Section **C. Limits of Insurance.**

   Section **D. Deductibles** does not apply to this Additional Coverage.

3. Paragraph **d. Pollutant Clean Up And Removal** is deleted and replaced by:

   **d. Pollutant Clean-up And Removal**

   We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

   The Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

The limit of insurance provided by this Additional Coverage is in addition to Section **C. Limits of insurance.**

Section **D. Deductibles** applies to this Additional Coverage.

**D. Coverage Extensions**

1. When this endorsement is attached to **Building and Personal Property Coverage Form or Condominium Association Coverage Form**, under Section **A.5 Coverage Extensions**, Paragraph **a. Newly Acquired or Constructed Property** is deleted and replaced by:

   **a. Newly Acquired or Constructed Property**

   (1) **Buildings** – if this policy covers Building, you may extend that insurance to apply to:

      (a) Your new buildings while being built on the described premises; and

      (b) Buildings you acquire at locations, other than the described premises, intended for:

         i. Similar use as the building described in the Declarations; or

         ii. Use as a warehouse.

      The most we will pay for loss or damage under this Coverage Extension is $1,000,000 at each building.

   (2) **Your Business Personal Property**

      (a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

         i. Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

         ii. Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

         iii. Business personal property that you newly acquire, located at the described premises.

      The most we will pay for loss or damage under this Extension is $500,000 at each building.

(b) This Extension does not apply to:

    i. Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    ii. Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

**2.** When this endorsement is attached to **Condominium Commercial Unit-Owners Coverage Form** under Section **A.5 Coverage Extensions,** Paragraph **a. Newly Acquired Property** is deleted and replaced by:

**a. Newly Acquired Property**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to:

**(a)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(b)** Business personal property including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declaration; or

**(c)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $500,000 at each building.

**(2)** This Extension does not apply to:

**(a)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(b)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits of Insurance**.

Section **D. Deductibles** applies to this Coverage Extension.

**3.** Paragraph **b. Personal Effects and Property Of Others** is deleted and replaced by:

**b. Personal Effects and Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal Effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

The most we will pay for loss or damage to Personal Effects under this Coverage Extension is $25,000 at each described premises. Coverage for employee tools is limited to $2,500 at each described premises.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

WB 1498 06 18

(2) Personal Property of Others in your care, custody or control. The most we will pay for loss or damage to Personal Property of Others under this Coverage Extension is $25,000 at each described premises. Coverage for employee tools is limited to $2,500 at each described premises.

Our payment for loss of or damage to Personal Property of Others will only be for the account of the owner of the property.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** does not apply to this Coverage Extension.

4. Paragraph **c. Valuable Papers and Records – (Other Than Electronic Data)** is deleted and replaced by:

   c. **Valuable Papers and Records**

You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records, including those which exist as electronic data, for which duplicates do not exist.

We do not pay for loss caused by electrical or magnetic damage, disturbance, or erasure of electronic recordings. But we do cover loss or damage, disturbance, or erasure caused by lightning.

We do not pay for loss caused by errors or omissions in processing, duplicating, or copying. But if errors or omissions result in a fire or explosion, we do cover the loss or damage caused by the fire or explosion.

The most we will pay for loss or damage under this Coverage Extension is $250,000 at each described premises.

For valuable papers and records not at the described premises, the most we will pay is $2,500.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** does not apply to this Coverage Extension.

5. Paragraph **d. Property Off-Premises** is deleted and replaced by:

   d. **Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(1) Temporarily at a location you do not own, lease or operate; or

(2) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term.

This Coverage Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of your salesperson;

(3) At any fair or exhibition;

(4) Owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location.

(5) Money and securities;

(6) Contractors equipment or tools used to conduct your operations away from the described premises;

(7) Accounts receivable; or

(8) Valuable papers.

The most we will pay for loss or damage under this Coverage Extension is $100,000. Insurance under this Coverage Extension will end when any of the following first occurs:

(1) This policy expires, or

(2) 90 days expire after your Covered Property is temporarily at a location you do not own, lease or operate.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits of Insurance.**

Section **D. Deductibles** does not apply to this Coverage Extension.

6. Paragraph **e. Outdoor Property** is deleted and replaced by:

   e. **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Coverage Extension is $10,000, but not more than $500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** does not apply to this Coverage Extension.

E. The following coverages are added to Section **A.5. Coverage Extensions:**

5. **Coverage Extensions**

    g. **Accounts Receivable**

You may extend the insurance that applies to Your Business Personal Property to apply to your accounts receivable records.

In the event of a loss to your accounts receivable records caused by a covered peril, we cover:

(1) The sums that are due and that you cannot collect from your customers because of the loss;

(2) The interest charge on a loan if that loan is used to offset those sums that cannot be collected, pending our payment of those sums;

(3) Collection costs that result from a loss which are above your normal collection costs; and

(4) The reasonable cost to reconstruct your accounts receivable records.

We do not pay for loss that results from electrical or magnetic damage, disturbance or erasure of electronic data or records that is caused by:

(1) erroneous programming or faulty equipment instructions;

(2) faulty or inadequate installation or maintenance of data processing equipment.

But we do cover loss or damage caused by lightning.

We do not pay for loss caused by bookkeeping, accounting, or billing errors or omissions.

If a loss occurs and you cannot establish the actual accounts receivable amount due, it will be determined as follows:

(1) We will determine the average monthly accounts receivable for the 12-month period that directly precedes the month in which the loss occurred; and

(2) We will adjust this average amount for any verifiable variance in the accounts receivable amount for the month in which the loss occurred.

We do not cover more then your insurable interest in any property.

We will pay the lesser of:

(1) The total sum of accounts receivable due. From this total we will deduct:

    (a) all amounts due from the accounts receivable records that are not lost;

    (b) all amounts due that can be established by other means;

    (c) all amounts due that you have collected from the records that are lost;

    (d) all unearned interest and service charges; and

    (e) an amount to allow for bad debts.

(2) The reasonable cost to reconstruct your accounts receivable.

The most we will pay for loss or damage under this Coverage Extension is $250,000 at each described premises.

For accounts receivable not at the described premises, the most we will pay is $2,500.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

    h. **Rewards**

We will pay, up to $25,000, for information which leads to the arrest and conviction of the person(s) who caused the loss covered under this coverage part. Regardless of the number of persons involved in providing information our liability under this Coverage Extension will not be increased.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

WB 1498 06 18

This Coverage Extension does not apply to:

**(1)** you;

**(2)** your family members; or

**(3)** your employees, volunteers or independent contractors.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** does not apply to this Coverage Extension.

**i. Change in Temperature or Humidity**

We will pay for loss or damage to Covered Property as a result of change in temperature or humidity due to direct physical damage to building or equipment, only while such equipment is at the described premises. The damage to the building or equipment must have been caused by a Covered Cause of Loss.

When the Causes of Loss – Special Form applies, this Coverage Extension supersedes exclusion **B.2.d.(7)(b).**

The most we will pay for loss or damage under this Coverage Extension is $50,000 at each described premises for Covered Property other than Electronic Data Processing Equipment and Software or Fine Arts coverage afforded by the applicable Coverage Extension.

Business Income or Extra Expense does not apply to this Coverage Extension.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

**j. Outdoor Signs**

**(1) Detached Outdoor Signs**

**(a)** When this endorsement is attached to **Building and Personal Property Coverage Form** or **Condominium Association Coverage Form** detached signs are added as Covered Property – Building (Section **A.1.a.**) or Covered Property – Business Personal Property (Section **A.1.b.**).

**(b)** When this endorsement is attached to **Condominium Commercial Unit-Owners Coverage Form** detached signs are added as Covered Property Business Personal Property (Section **A.1.a.**).

The provision in the Limits Of Insurance section which pertains to outdoor signs does not apply. The most we will pay for loss or damage under this Coverage Extension for Detached Outdoor Signs is $10,000 at each described premises.

**(2) Attached Outdoor Signs**

**(a)** When this endorsement is attached to **Building and Personal Property Coverage Form** or **Condominium Association Coverage Form** attached signs are added as Covered Property – Buildings (Section **A.1.a.**) or Covered Property – Business Personal Property (Section **A.1.b.**).

**(b)** When this endorsement is attached to **Condominium Commercial Unit-Owners Coverage Form** attached signs are added as Covered Property – Business Personal Property (Section **A.1a.**).

The provision in the **Limits Of Insurance** section which pertains to outdoor signs does not apply.

Section **D. Deductibles** applies to this Coverage Extension.

**k. Outdoor Fences**

**(1)** When this endorsement is attached to **Building and Personal Property Coverage Form** or **Condominium Association Coverage Form** outdoor fences are added as Covered Property – Building (Section **A.1a.**) or Covered Property – Business Personal Property (Section **A.1.b.**).

**(2)** When this endorsement is attached to **Condominium Commercial Unit-Owners Coverage Form** outdoor fences are added as Covered Property – Business Personal Property (Section **A.1.a.**).

Section **D. Deductibles** applies to this Coverage Extension.

**l. Extra Expense**

We will pay the actual and necessary Extra Expense you sustain due to direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(1)** The portion of the building which you rent, lease or occupy;

**(2)** The area within 1000 feet of the building or within 1000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(3)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses (other than the expense to repair or replace property) which are incurred to:

**(1)** Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue operations.

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this coverage extension.

The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

    **(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

    **(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Extra Expense otherwise incurred.

We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

The following Definitions apply to **Extra Expense** in addition to the Definitions in the Building and Personal Property Coverage Form.

"Operations" means your business activities occurring at the described premises.

"Period of restoration" means the period of time that:

**(1)** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

    **(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    **(b)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

"Suspension" means the slowdown or cessation of your business activities.

The most we will pay for loss or damage under this Coverage Extension is $25,000 at each described premises.

This Coverage Extension does not apply to:

**(1)** Change in Temperature or Humidity; or Spoilage coverage extensions described in this endorsement.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

WB 1498 06 18

**(2)** Water Back Up, Sump Pump Overflow if separately insured.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

**m. Fine Arts**

You may extend the insurance that applies to your Business Personal Property to apply to your "fine arts".

"Fine arts" means paintings; etchings; pictures; tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; "antique" furniture; "antique" jewelry; bric-a-brac; porcelains; and similar property of rarity, historical value, or artistic merit.

"Antique" means an object having value because its:

**(1)** craftsmanship is in the style or fashion of former times; and

**(2)** age is 100 years old or older.

We do not pay for loss caused by processing of or work upon the covered property including repairs or restoration.

In the event of a total loss to "fine arts", the value will be based on the actual cash value at the time of the loss.

In the event of a partial loss or damage to "fine arts", the value will be based on:

**(1)** The cost to repair or restore the covered "fine arts" to the condition immediately before the loss or damage; and

**(2)** The "diminished value" of the covered "fine arts" that results from partial loss or damage.

"Diminished value" means the reduced value of the "fine arts" based on the difference between the value of the covered "fine arts" before the loss or damage and the fair market value of the "fine arts" after the loss or damage has been repaired and the "fine arts" restored.

The cost to repair or restore plus the amount of the "diminished value" will not exceed the value the pair or set had prior to the loss.

If a covered loss to "fine arts" involves a pair or set and part of the pair or set in undamaged:

**(1)** you may surrender the undamaged part of the pair or set to us, and the covered loss will be valued on the basis of a total loss to the entire pair or set: or

**(2)** you may keep the undamaged part of the pair or set, and the covered loss will be valued on the basis of a partial loss to the entire pair or set.

You must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

The most we will pay for loss or damage under this Coverage Extension is $25,000 at each described premises.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

**n. Property at Fairs or on Exhibition**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property and Personal Property of Others while at any fair or exhibition not located within 1000 feet of the premises described in the Declarations. This Extension does not apply to fine arts or your salespersons samples.

The most we will pay for loss or damage under this Coverage Extension is $50,000.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

**o. Property in the Custody of Sales Representatives**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property in the care, custody or control of a sales representative and not located within 1000 feet of the premises described in the Declarations.

The most we will pay for loss or damage under this Coverage Extension is $25,000.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

**p. Property In Transit**

If the Causes of Loss – Special Form is attached, the Additional Coverage Extension **F.1. Property in Transit** is deleted.

We will pay for loss of or damage to Covered Property while in transit.

Coverage is provided while the property is in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

The most we will pay for loss or damage under this Coverage Extension is:

**(1)** $5,000 on Fine Arts;

**(2)** $5,000 on Personal Computers and EDP Equipment;

**(3)** $5,000 on Data and Media;

**(4)** $25,000 on All Other Property except as noted below.

This Coverage Extension does not apply to:

**(1)** Money and Securities;

**(2)** Covered Property owned by you, or for which you are legally liable, that is to be installed by you or at your direction, while the property is at a jobsite location;

**(3)** Property in the care, custody or control of your salesperson;

**(4)** Accounts Receivable;

**(5)** Valuable Papers; or

**(6)** Property of others for which you are responsible as a carrier for hire or car loader, consolidator, broker, freight forwarder, shipping association, or other arranger of transportation.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

**q. Building Ordinance Or Law Coverage**

If the Replacement Cost option is indicated in the Declarations for a covered building damaged by a covered cause of loss, we will pay:

**Coverage A – Coverage for Loss to the Undamaged Portion of the Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage A for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

The Coinsurance Additional Condition applies to coverage for Loss to the Undamaged Portion of the Building.

**Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**Coverage C – Increased Cost of Construction Coverage**

**(1)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

   **(a)** Repair or reconstruct damaged portions of that building; and/or

   **(b)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

   However:

   **(a)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   **(b)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(2)** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **(1)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **(1)**:

   **(a)** The cost of excavations, grading, backfilling and filling;

   **(b)** Foundation of the building;

   **(c)** Pilings; and

   **(d)** Underground pipes, flues and drains.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
WB 1498 06 18

The items listed in **(2)(a)** through **(2)(d)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision **(2)**.

**Loss Payment**

All following loss payment provisions are subject to the apportionment procedures set forth in Paragraph **(3)** under **Application of Coverage(s)**.

**Coverage A – Coverage for Loss to the Undamaged Portion of the Building**

When there is a loss in value of an undamaged portion of a building the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(1)** If the property is being repaired or replaced on the same or another premises, we will not pay more than the lesser of:

  **(a)** The amount you would actually spend to repair, rebuild, or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

  **(b)** The Limit Of Insurance shown in the Declarations as applicable to the covered building.

**(2)** If the property is not repaired or replaced we will not pay more than the lesser of.

  **(a)** The actual cash value of the building at the time of loss; or

  **(b)** The Limit Of Insurance shown in the Declarations as applicable to the covered building.

The insurance provided by Coverage **A** does not increase Section **C. Limits Of Insurance.**

**Coverage B – Demolition Cost Coverage**

Loss payment under Coverage **B – Demolition Cost Coverage** will be determined as follows:

We will not pay more than the lesser of the following:

**(1)** The amount you actually spend to demolish and clear the site of the described premises; or

**(2)** 10% of the Limit Of Insurance that applies to the covered building(s); or

**(3)** $50,000.

The insurance provided by Coverage **B** does not increase Section **C. Limits Of Insurance.**

**Coverage C – Increased Cost of Construction Coverage**

Loss payment under Coverage **C – Increased Cost of Construction Coverage** will be determined as follows:

**(1)** We will not pay under Coverage **C**:

  **(a)** Until the property is actually repaired or replaced at the same or another premises; and

  **(b)** Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

  **(a)** The increased cost of construction at the same premises;

  **(b)** The Limit Of Insurance shown in the Declarations as applicable to the covered building; or

  **(c)** $50,000.

**(3)** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

  **(a)** The increased cost of construction at the new premises; or

  **(b)** The Limit Of Insurance shown in the Declarations as applicable to the covered building; or

  **(c)** $50,000.

The insurance provided by Coverage **C** does not increase Section **C. Limits of Insurance.**

The terms of this coverage apply separately to each building to which this coverage applies.

Under this coverage, we will not pay for loss due to any ordinance or law that:

**(1)** You were required to comply with before the loss, even if the building was undamaged; and

**(2)** You failed to comply with.

(3) We will not pay under this Coverage Extension for enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus" wet or dry rot or bacteria; or

The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**Application of Coverage(s)**

Coverages **A**, **B** and/or **C** apply only if both **(1)** and **(2)** are satisfied and are then subject to the qualifications set forth in **(3)**.

(1) The ordinance or law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But coverage under this Coverage Extension applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Coverage Extension.

(2) (a) The building sustains direct physical damage that is covered under this policy and as a result of such damage you are required to comply with the ordinance or law; or

(b) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety you are required to comply with the ordinance or law.

(c) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Coverage Extension even if the building has also sustained covered direct physical damage.

(3) In the situation described in **(2)(b)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this Coverage Extension. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B** and/or **C** of this Coverage Extension.

(4) Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses. Assume:

(a) Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

(b) The building has a value of $200,000

(c) Total direct physical damage to building: $100,000

(d) The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

(e) Portion of direct physical damage that is covered (caused by wind): $30,000

(f) Portion of direct physical damage that is not covered (caused by flood): $70,000

(g) Loss under Ordinance or Law Coverage **C** of this endorsement: $60,000

Step **1**:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 ÷ $100,000 = .30

Step **2**:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

In this example, the most we will pay under this Coverage Extension for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverages **A** and **B** of this Coverage Extension.

To the extent that the Ordinance Or Law Exclusion might conflict with the coverage provided under this endorsement, the Ordinance Or Law Exclusion does not apply to such coverage.

**r. Portable Tools**

We cover your portable tools and equipment and those of your employees. This includes their containers, spare parts and accessories. We also cover similar property that belongs to others and for which you are liable. Coverage is provided while tools are on or off premises.

We do not cover:

**(1)** Property that is held for sale.

**(2)** Property that you rent to others.

**(3)** Building materials or other materials and supplies.

**(4)** Plans, blueprints, designs or specifications.

We will pay up to $25,000 in any one occurrence for loss or damage to portable tools, but not more than $5,000 to you or any employee. Coverage is provided on an Actual Cash Value basis.

If the Cause of Loss – Special Form applies, **Section C. Limitations** paragraph **2.c.** is deleted and replaced by:

**c.** Builders' machinery provided such property is Covered Property. However, this limitation does not apply:

**(1)** If the property is located on or within 1000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

The limit provided is the only limit available for the described coverage ad cannot be combined or added to any other coverage extension under this endorsement.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** applies to this Coverage Extension.

**s. Fire Extinguisher Systems Recharge Expense**

We will pay:

The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1000 feet of the described premises; and

For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or fire extinguishing system.

No coverage will apply if the fire extinguishing system is discharged during installation or testing.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles does not apply** to this Coverage Extension.

**t. Business Crime**

**Coverage 1 – Employee Theft**

We will pay up to $5,000 for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this coverage, "theft" shall also include forgery.

**Coverage 2 – Forgery Or Alteration**

We will pay up to $5,000 for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are :

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this coverage, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

If you are sued for refusing to pay any instrument covered above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to this coverage.

**Coverage 3 – Money and Securities**

We will pay up to $5,000 for loss of "money" and "securities" inside the "premises" or "financial institution premises" resulting directly from "theft", disappearance or destruction.

We will pay up to $5,000 for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

Under Coverage **1 – Employee Theft**, Coverage **2 – Forgery or Alteration** and Coverage **3 – Money and Securities** we will not pay for:

**(1)** Loss resulting from "theft" or any other dishonest act committed by:

   **(a)** You; or

   **(b)** Any of your partners or "members";

   whether acting alone or in collusion with other persons.

**(2)** Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

   **(a)** Whether acting alone or in collusion with other persons; or

   **(b)** While performing services for you or otherwise;

   except when covered under Coverage **1 – Employee Theft**.

**(3)** Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, to loss resulting from:

   **(a)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

   **(b)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

   **(c)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**(4)** Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Coverage **2 – Forgery or Alteration**.

**(5)** Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

Under Coverage **1 – Employee Theft**, we will not pay for:

**(1)** Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**(2)** Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

   **(a)** An inventory computation; or

   **(b)** A profit and loss computation.

   However, where you establish wholly apart from such computations, that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**(3)** Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**(4)** Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

Under Coverage **3 – Money & Securities** we will not pay for:

**(1)** Loss resulting from accounting or arithmetical errors or omissions.

**(2)** Loss resulting from the giving or surrendering of property in any exchange or purchase.

**(3)** Loss or damage resulting from fire, however caused, except:

   **(a)** Loss from damage to a safe or vault; and

**(b)** Loss of or damage to "money" and "securities" inside the "premises" or "financial institution premises".

**(4)** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(5)** Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**(6)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

  **(a)** On the basis of unauthorized instructions; or

  **(b)** As a result of a threat including, but not limited to:

    **i.** A threat to do bodily harm to any person; or

    **ii.** A threat to do damage to any property;

    **iii.** A threat to introduce a denial of service attached into any computer system;

    **iv.** A threat to introduce a virus or other malicious instruction into any computer system which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

    **v.** A threat to contaminate, pollute or render substandard your products or goods; or

    **vi.** A threat to disseminate, divulge or utilize:

      **(i)** Your confidential information; or

      **(ii)** Confidential or personal information of another person or organization; or

      **(iii)** Weaknesses in the source code within any "computer system".

However, this exclusion does not apply to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

  **(a)** Had no knowledge of a threat at the time the conveyance began; or

  **(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**(7)** Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

The following Conditions apply to **Business Crime** in addition to the Common Policy Conditions and Commercial Property Conditions.

**Termination As To Any Employee**

This insurance terminates as to any "employee":

**(1)** As soon as:

  **(a)** You; or

  **(b)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

**(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**Extended Period To Discover Loss**

**(1)** We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you no later than one year from the date of that cancellation.

**(2)** However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded hereunder, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

WB 1498 06 18    Contains material copyrighted by ISO/AAIS, with its permission.    Page 15 of 24

**Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured; or partner, "member", "manager", officer, director or trustee of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if "discovered" by you during the period of time provided in the Extended Period to Discover Loss Condition.

However, this extended period to "discover" loss terminates as to that Insured immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence taking place:

**(1)** Partly during the Policy Period shown in the Declarations; and

**(2)** Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

The most we will pay for the entire loss is the highest single Limit Of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

Subject to the conditions **Loss Sustained Partly During This Insurance And Partly During Prior Insurance** and **Loss Sustained Entirely During Prior Insurance**, we will pay if you sustain loss resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the **Extended Period To Discover Loss** Condition.

**Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(1)** This insurance became effective at the time of cancellation of the prior insurance; and

**(2)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

The most we will pay for the entire loss is the highest single Limit Of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease; or

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.
WB 1498 06 18

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**Recoveries**

(1) Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expense of such recovery:

    (a) First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

    (b) Second, to us in satisfaction of amounts paid in settlement of your claim;

    (c) Third, to you in satisfaction of any Deductible Amount; and

    (d) Fourth, to you in satisfaction of any loss not covered under this insurance.

(2) Recoveries do not include any recovery:

    (a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

    (b) Of original "securities" after duplicates of them have been issued.

**Valuation – Settlement**

(1) We will pay for:

    (a) Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

        i. At face value in the "money" issued by that country; or

        ii. In the United States of America dollar equivalent determined by the rate of exchange published in the Wall Street Journal on the day the loss was "discovered".

    (b) Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

        i. Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

        ii. Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

        (i) Market Value of the "securities" at the close of business on the day the loss was "discovered"; or

        (ii) The Limit of Insurance applicable to the "Securities".

    (c) Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

        (i) The Limit of Insurance applicable to the lost or damaged property;

        (ii) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

        (iii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

    We will not pay on a replacement cost basis for any loss or damage:

        (i) Until the lost or damaged property is actually repaired or replaced; and

        (ii) Unless the repairs or replacement is made as soon as reasonably possible after the loss or damage.

    If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(2) We will, at your option, pay for loss or damage to such property:

    (a) In the "money" of the country in which the loss or damage occurred; or

**(b)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(3)** Any property that we pay for or replace becomes our property.

The following Condition applies to Coverage 1 – **Employee Theft.**

**Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Commercial Property Conditions for a period of not more than 90 consecutive days.

The following Condition applies to Coverage 2 – **Forgery or Alteration**.

**(1)** The Deductible Amount does not apply to legal expenses paid under Coverage 2 –**Forgery or Alteration** coverage.

**(2)** We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**(3)** You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**(4)** We will cover loss you sustain resulting directly from an "occurrence" taking place within the coverage territory. We also provide coverage in a country that is not the subject of trade embargos, economic sanctions or other trade restrictions by the government of the United States of America.

The following Condition applies to Coverage 3 – **Theft of Money and Securities – Outside the Premises.**

**Armored Motor Vehicle Companies**

We will only pay for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

The following Definitions apply to **Business Crime** in addition to the Definitions in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, and Condominium Commercial Unit Owners Coverage Form.

**(1)** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

**(2)** "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**(3)** "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**(4)** "Employee":

  **(a)** "Employee" means:

    i. Any natural person:

      **(i)** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

      **(ii)** Whom you compensate directly by salary, wages or commissions; and

      **(iii)** Whom you have the right to direct and control while performing services for you;

    ii. Any natural person who is furnished temporarily to you:

      **(i)** To substitute for a permanent "employee" as defined in Paragraph **1)** above, who is on leave; or

    **(ii)** To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you;

**iii.** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **2)** above;

**iv.** Any natural person who is a trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor.

**v.** Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

**vi.** Any natural person who is a guest student or intern pursuing studies or duties;

**vii.** Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

**viii.** Any natural person who is your "manager", director or trustee while:

    **(i)** Performing acts within the scope of the usual duties of an "employee"; or

    **(ii)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**(b)** "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in paragraph **(iii)** above.

**(5)** "Financial institution" means:

**(a)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(b)** An insurance company.

**(6)** "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution".

**(7)** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**(8)** "Manager" means a natural person serving in a directional capacity for a limited liability company.

**(9)** "Member" means an owner of a limited liability company represented by its membership interest, who, If a natural person, also may serve as a "manager".

**(10)** "Messenger" means you, or a relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

**(11)** "Money" means:

**(a)** Currency, coins, bank notes in current use and having a face value;

**(b)** Travelers checks, and money orders held for sale to the public; and

**(c)** Deposits in your account at any "financial institution".

**(12)** "Occurrence" means:

**(a)** As respects to Coverage **1 – Employee Theft**:

    **i.** An individual act;

    **ii.** The combined total of all separate acts whether or not related; or

    **iii.** A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under paragraph **t.** Business Crime Condition **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate** or **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**.

**(b)** As respects to Coverage **2 – Forgery or Alteration**, all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

    **i.** An individual act;

    **ii.** The combined total of all separate acts whether or not related; or

    **iii.** A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under paragraph **t.** Business Crime Condition **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate** or **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**.

**(c)** As respects Coverage **3 – Theft of Money and Securities Inside the Premises and Outside the Premises**:

    **i.** An individual act or event;

    **ii.** The combined total of all separate acts or events whether or not related; or

    **iii.** A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under paragraph **t.** Business Crime Condition **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate** or **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**.

**(13)** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

**(14)** "Premises" means the interior of that portion of any building you occupy in conducting your business.

**(15)** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

    **(a)** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    **(b)** Evidence of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

**(16)** "Theft" means the unlawful taking of property to the deprivation of the Insured.

The limit of insurance provided for this Coverage Extension is in addition to Section C. Limits Of Insurance.

Section **D. Deductibles** applies to this Coverage Extension.

**u. Spoilage**

We will pay for loss of or damage to "perishable stock" at the described premises. "Perishable stock" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change. We will not cover property located on buildings, in the open, or in vehicles.

We will pay for loss or damage to "perishable stock" caused by breakdown or contamination or power outage. Breakdown or contamination means change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling, or humidity control apparatus or equipment only while such equipment or apparatus is at the described premises. Breakdown or contamination includes contamination by the refrigerant. Power outage means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

We will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling, or humidity control system from the source of power.

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other devise used to control the flow of electrical power or current.

**(3)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

    **(a)** Lack of fuel; or

    **(b)** Governmental order.

**(4)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

Page 20 of 24     Contains material copyrighted by ISO/AAIS, with its permission.     WB 1498 06 18

**(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling, or humidity control unit.

The most we will pay for loss or damage under this coverage extension is $10,000 at each described premises.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** does not apply to this Coverage Extension.

**v. Lock Replacement**

We will pay to re-key, repair or replace locks when there has been direct physical loss or damage to the corresponding keys by a Covered Cause Of Loss.

This coverage does not apply to:

**(1)** Keys to motor vehicles, trailers or any motorized land conveyances whether or not subject to motor vehicle registration.

**(2)** Direct physical loss or damage to keys entrusted to any person who is not an "insured".

**(3)** Wear and tear.

The most we will pay under this Coverage Extension in any one occurrence is $2,500.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance.**

Section **D. Deductibles** does not apply to this Coverage Extension.

**w. Electronic Data Processing Equipment And Software**

You may extend the insurance that applies to Your Business Personal Property to apply to your electronic data processing equipment and "software".

We cover direct physical loss or damage caused by a Covered Cause Of Loss to the following property:

**(1)** "Hardware"

**(2)** "Software"

We cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" only if the cost of research or other expenses necessary to reproduce, replace or restore lost files or codes are incurred due to a direct physical loss caused by a Covered Cause Of Loss to "data records".

**(3)** "Telecommunications equipment"

**(4)** "Reproduction equipment"

**Electrical and Power Supply Disturbance**

We cover direct physical loss to covered property caused by "electrical disturbance", or "power supply disturbance".

**Mechanical Breakdown Coverage**

We pay for loss to covered property caused by "mechanical breakdown".

**Foreign Transit And Location Coverage**

We cover direct physical loss to your "portable computers" including preinstalled "programs and applications" while temporarily at a foreign location or in transit to or from a temporary foreign location outside the coverage territory.

We do not cover your "portable computers" or preinstalled "programs or applications" that are:

**(a)** Shipped via mail;

**(b)** you are required to provide a negotiable ocean cargo policy or certificate to any seller, buyer, or bank; or

**(c)** the property is shipped to or is located in a country that is the subject of a trade embargo, economic sanctions, or other trade restrictions by the government of the United States of America.

The most we pay for loss to portable computers described above in any one occurrence while overseas is $5,000. This limit is separate from, and not part of, the Electronic Data Processing Equipment And Software Coverage Extension Limit.

**Valuation**

**(1)** The value of "hardware" that is replaced will be based on the cost of replacing the "hardware" with new equipment that is functionally comparable to the "hardware" that is being replaced. The value of "hardware" that is not repaired or replaced will be based on the actual cash value at the time of the loss (with a deduction for depreciation). In no event will we pay more than the reasonable cost of restoring partially damaged "hardware" to its condition directly prior to the damage.

**(2)** The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications. If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications".

**(3)** The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies. If duplicate copies do not exist, the value of "data records" will be based on the cost or research or other expenses necessary to reproduce, replace, or restore lost files, documents, or records.

**(4)** The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

**(5)** The value of "telecommunications equipment" and "reproduction equipment" will be based on the replacement cost without any deduction for depreciation.

The following Definitions apply to Electronic Data Processing Equipment Coverage in addition to the Building and Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit Owners Coverage Form definitions,

**(1)** "Computer hacking" means an unauthorized intrusion:

**(a)** by an individual or group of individuals, whether employed by you or not, into "hardware", "software", or a computer network; and

**(b)** that results in but is not limited to:

    **i.** deletion, destruction, generation, or modification of "software";

    **ii.** alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

    **iii.** observation, scanning, or copying of "data records", "programs and applications", and proprietary programs;

    **iv.** damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware", Web site server, or "media" used with "hardware" or Web site server, or

    **v.** denial of access to or denial of services from your "hardware", Web site server or your computer network.

**(2)** "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

**(a)** into "hardware", "software" or Web site server; and

**(b)** that is intended to result in, but is not limited to:

    **i.** deletion, destruction, generation, or modification of "software";

    **ii.** alteration, contamination, corruption, degradation or destruction of the integrity, quality or performance of "software";

    **iii.** damage, destruction, inadequacy, malfunction, degradation or corruption of any "hardware", Web site server or "media" used with "hardware" or Web site server; or

    **iv.** denial of access to or denial of services from your "hardware", Web site server or your computer network.

**(3)** "Data records" means files, documents, and information in an electronic format and that are stored on "media".

**(4)** "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings or erasure of electronic recordings.

**(5)** "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions and producing desired results.

**(a)** "Hardware" includes but is not limited to:

    **i.** personal computers and work stations:

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

    **ii.** laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

    **iii.** peripheral data processing equipment, including but not limited to, printers, keyboards, monitors and modems.

  **(b)** "Hardware" does not include:

    **i.** "software",

    **ii.** "telecommunications equipment"; and

    **iii.** "reproduction equipment".

**(6)** "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation or blowout.

**(7)** "Media" means processing, recording, or storage media used with "hardware". This includes but is not limited to films, tapes, cards, discs, drums, cartridges or cells.

**(8)** "Portable computers" means laptops, palmtops, notebook PCs, other portable computer devices and accessories including but not limited to, multimedia projectors.

**(9)** "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

**(10)** "Programs and applications" means operating programs and applications that you purchase and that are:

  **(a)** stored on "media"; or

  **(b)** pre-installed and stored in "hardware".

**(11)** "Reproduction equipment" means a network of equipment and software designed for the scanning, copying, storage, and retrieval of paper documents.

**(12)** "Software" means "media", "data records", "programs and applications". "Software" does not mean Web site software.

**(13)** "Telecommunications equipment" means telephone components and equipment used for the transmission of communications.

"Telecommunications equipment" includes but is not limited to:

  **(a)** telephone switchgear (including PBX systems);

  **(b)** telephone operating programs, related software;

  **(c)** facsimile transmission equipment;

  **(d)** video conferencing equipment; and

  **(e)** other related hardware (including computers dedicated to voice mail).

We do not pay for loss or damage that is caused by or results from any direct or indirect loss or damage; or loss of access, loss of use or loss of functionality caused by a "computer virus" or by "computer hacking".

The most we will pay for loss or damage under this coverage extension is $25,000 at each described premises.

The limit of insurance provided for this Coverage Extension is in addition to Section **C. Limits Of Insurance**.

Section **D. Deductibles** applies to this Coverage Extension.

**F.** Under Section **B. Exclusions and Limitations** the following changes apply to Section **B. Exclusions** of the applicable covered Causes of Loss Form:

**1.** Exclusion **1.e. Utility Services** is deleted and replaced by:

  **e. Utility Services**

  The failure of power, communication, water, or other utility service supplied to the described premises, however caused, if the failure:

  **(1)** Originates away from the described premises: or

  **(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

  Failure of any utility service includes lack of sufficient capacity and reduction in supply.

  Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

WB 1498 06 18             Page 23 of 24

But if the failure or surge of power, or the failure of communications, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss. We will also pay for loss or damage resulting from direct physical loss or damage by a covered cause of loss to water supply services, communication supply services, or power supply services, other than overhead transmission, subtransmission, distribution or communication lines not on the described premises.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

For purposes of this provision:

**(1) Water Supply Services,** meaning the following types of property supplying water to the described premises:

    **(a)** Pumping stations; and

    **(b)** Water mains.

**(2) Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

    **(a)** Communication transmission lines, including optic fiber transmission lines;

    **(b)** Coaxial cables; and

    **(c)** Microwave radio relays except satellites.

**(3) Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations;

    **(d)** Transformers; and

    **(e)** Transmission lines.

    Transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

The insurance provided by this coverage does not increase Section **C. Limits of Insurance.**

Section **D. Deductibles** applies to this coverage.

**b.** Exclusion **1.g.(3)** does not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

**c.** Exclusion **1.g.(4)** does not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

**d.** If The Causes of Loss – Basic Form is attached, exclusions **2.b.**, **2.c.** and **2.d.** do not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

**e.** If the Causes of Loss – Broad Form is attached, exclusion **2.b.** does not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

**f.** If the Causes of Loss – Special Form is attached, exclusions **2.e.**, **2.f.** and **2.g.** do not apply to loss of or damage to Accounts Receivable, Fine Arts and Valuable Papers.

**G.** Under Section **C. LIMITS OF INSURANCE:**

The following is added:

**Peak Season**

You may increase the insurance that applies to Your Business Personal Property or Stock by 50% to provide for seasonal variations if the Limit Of Insurance shown in the Declarations is 80% or more of the insured's average monthly values for the 12 months immediately preceding the date of loss or damage occurs, or the period of time you have been in business as of the date of the loss or damage occurs.

This section does not apply to property covered under a value reporting form or on a blanket basis.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO/AAIS, with its permission.

POLICY NUMBER: A499814

**COMMERCIAL PROPERTY**
**WB 34 01 18**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

### SCHEDULE

| Coverage | Limit | |
|---|---|---|
| Spoilage | $50,000 | |
| **Deductibles** | | |
| Combined, All Coverages | $ | |
| Direct Coverages | $ | (*other conditions, if required, will be shown below) |
| Indirect Coverages | $ | |
| | or | hours (*other conditions, if required, will be shown below) |
| | or | Times Average Daily Value |
| **Other Conditions** | | |
| | | |

**A.** The following is added to **A.4. Additional Coverages** of the **Building And Personal Property Coverage Form, Condominium Association Coverage Form** and **Condominium Commercial Unit-Owners Coverage Form:**

**Additional Coverage – Equipment Breakdown**

Additional Coverage Equipment Breakdown is described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

2. The following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **2.h. Service Interruption** below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

   a. **Business Income and Extra Expense**

   (1) Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement.

   (2) The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense.

   b. **Data Restoration**

   (1) We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

   (2) The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

   c. **Expediting Expenses**

   (1) With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

       (a) Make temporary repairs; and

       (b) Expedite permanent repairs or permanent replacement.

   (2) The most we will pay for loss or expense under this coverage is $25,000.

   d. **Hazardous Substances**

   (1) We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

   (2) This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.i.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

   (3) The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

   e. **Off Premises Equipment Breakdown**

   (1) We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

   (2) We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

   (3) The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in **(2)** above is the limit for Property Off-Premises coverage, shown in your policy.

   f. **Public Relations**

   (1) This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

   (2) We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

       (a) The media;

       (b) The public; or

       (c) Your customers, clients or members.

   (3) Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

   (4) The most we will pay for loss or expense under this coverage is $5,000.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.
WB 34 01 18

**g. Resultant Damage to Animals**

**(1)** Any insurance provided under the coverage part for "animals' is extended to the coverage provided by this endorsement.

**(2)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

**e. Service Interruption**

**(1)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications service, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

**(3)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

**(4)** Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

**(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage.

**i. Spoilage**

**(1)** We will pay for:

**(a)** Physical damage to "perishable goods" due to spoilage;

**(b)** Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

**(c)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

**(3)** The most we will pay for loss, damage or expense under this coverage is $50,000 unless otherwise shown in the above Schedule.

**3. Exclusions**

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**a.** The following exclusions are modified:

**(1)** If the Causes of Loss – Basic Form or Causes of Loss – Broad Form applies, the following is added to Exclusion **B.2.**:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**(2)** If the Causes of Loss – Special Form applies as respects this endorsement only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**WB 34 01 18**

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.

Page 3 of 9

**b.** The following exclusions are added:

**(1)** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(a)** Fire, including smoke from a fire;

**(b)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

**(c)** Any other explosion, except as specifically covered under this endorsement;

**(d)** Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

**(e)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spay, all whether driven by wind or not; mudslide or mudflow; or water that back up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies; or

**(f)** Vandalism.

**(2)** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

**(a)** Lightning;

**(b)** Windstorm or hail. However this exclusion does not apply when:

**(i)** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

**(ii)** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

**(c)** Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

**(d)** Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

**(e)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**(f)** Water or other means used to extinguish a fire.

**(3)** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

**(a)** Loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

**(b)** Any increase in loss resulting from an agreement between you and your customer or supplier.

**(4)** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus"", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

**(5)** Except as specifically provided under **A.2.b. Data Restoration** or **A.2.g. Resultant Damage to Animals**, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(a)** Physical loss or damage to "animals";

**(b)** Loss, interruption or compromise of any research, test or study involving "animals"; or

**(c)** Loss of income or extra expense resulting from **(a)** or **(b)** above.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.

**c.** Exclusions **b.(2)(a)**, **b.(2)(b)**, **b.(2)(c)** and **b.(2)(d)** above shall not apply if:

**(1)** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance.

**(2)** Such a surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

**(3)** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

**d.** Any cause of loss set forth in exclusion **b.(2)(d)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects Service Interruption coverage.

**4. Definitions**

The following definitions are added with respect to this endorsement only:

**a.** "Accident"

**(1)** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**(a)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(b)** Artificially generated electrical current, including electric arcing that disturbs electrical devices, appliances or wires;

**(c)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**(d)** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**(e)** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**(2)** None of the following is an "accident":

**(a)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

**(b)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**b.** "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to amphibians, birds, fish, insects, mammals, reptiles, and worms.

**c.** "Boilers and vessels" means:

**(1)** Any boiler, including attached steam, condensate and feedwater piping; and

**(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in the Schedule.

**d.** "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

**e.** "Covered equipment"

**(1)** "Covered equipment means, Covered Property:

**(a)** That generates, transmits or utilizes energy;

**(b)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents; or

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095

WB 34 01 18    Contains material copyrighted by ISO, with its permission.    Page 5 of 9

(c) If your lease requires you to maintain it, air conditioning and heating equipment that is part of the building or structure you occupy but do not own.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

(2) None of the following is "covered equipment":

(a) Structure, foundation, cabinet or compartment;

(b) Insulating or refractory material;

(c) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(d) Water piping other than:

(i) Boiler feedwater piping;

(ii) Boiler condensate return piping; or

(iii) Water piping forming a part of a refrigerating or air conditioning system;

(e) "Vehicle" or any equipment mounted on a "vehicle";

(f) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(g) Dragline, excavation or construction equipment; or

(h) Equipment manufactured by you for sale.

f. "Data" means information or instructions stored in digital code capable of being processed by machinery.

g. "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

h. "Electronic circuitry impairment"

(1) "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in (2), (3) and (4) below.

(2) We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

(3) The "covered equipment" must be owned or leased by you, or operated under your control.

(4) None of the following is an "electronic circuitry impairment":

(a) Any condition that can be reasonably remedied by:

(i) Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

(ii) Rebooting, reloading or updating software or firmware; or

(iii) Providing necessary power or supply.

(b) Any condition caused by or related to:

(i) Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

(ii) Insufficient size, capability or capacity of the "covered equipment".

(c) Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

i. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

j. "Media" means material on which "data" is recorded such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

**k.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

**l.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**m.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in the Schedule.

**n.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

**B.** The Building and Personal Property Coverage Form, the Condominium Association Coverage Form and the Condominium Unit-Owners Coverage Form are modified as follows.

**1. Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D. Deductible** is deleted and replaced with the following:

**a.** Deductibles for Each Coverage

**(1)** Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

**b. Direct and Indirect Coverages**

**(1)** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.

**(2)** Unless more specifically indicated in the Schedule:

**(a)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

**(b)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**c. Application of Deductibles**

**(1) Dollar Deductibles**

We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2) Time Deductible**

If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3) Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the above Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**2. Conditions**

**a.** The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form, the Condominium Unit-Owners Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**(1) Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

**(a)** Your last known address; or

**(b)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**(2) Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**b.** As respects this endorsement only, the Valuation Condition in the Building and Personal Property Coverage Form, the Condominium Association Coverage Form and the Condominium Unit-Owners Coverage is deleted and replaced with the following:

**Valuation**

We will determine the value of Covered Property as follows:

**(1)** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

**(a)** The cost to repair the damaged property;

**(b)** The cost to replace the damaged property on the same site; or

**(c)** The amount you actually spend that is necessary to repair or replace the damaged property.

**(2)** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damage d property. This may include the use of generic, used or reconditioned parts, equipment or property.

**(3)** Except as described in **(4)** below, you must pay the extra cost of replacing damage property with property of a better kind or quality or of a different size or capacity.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
Contains material copyrighted by ISO, with its permission.

WB 34 01 18

**(4)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**(5)** The following property will be valued on an Actual Cash Value basis:

**(a)** Any property that does not currently serve as useful or necessary function for you;

**(b)** Any covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

Actual Cash Value includes deductions for depreciation.

**(6)** If any one of the following conditions is met, property held for sale by you will be valued a the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(a)** The property was manufactured by you;

**(b)** The sales price of property is les than the replacement cost of the property; or

**(c)** You are unable to replace the property before its anticipated sale.

**(7)** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

**(a)** For mass-produced and commercially available software, at the replacement cost.

**(b)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTOMATIC BUILDING VALUE INCREASE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The Limit of Insurance for all buildings to which this coverage applies will be automatically increased by an annual percentage on the next renewal.

The amount of increase will be the Limit of Insurance that applies at expiration of the policy multiplied by an annual Building Value Increase Factor. This factor will be based on a construction cost index supplied by a nationally known firm.

This provision does not apply to any building being afforded agreed valuation, blanket coverage, functional building valuation, inflation guard coverage or a coverage without a coinsurance provision.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# YOUR BUSINESS PERSONAL PROPERTY AMENDMENT TENANT GLASS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Coverage provided by this endorsement is subject to the Cause of Loss Form attached to this policy and policy's Deductible.

Coverages provided by this endorsement are in excess of any other specific coverages that are provided in other coverage Parts or other Policies.

A. The following is added to paragraph **A.1.b. Your Business Personal Property**:

    **(8)** Exterior and/or interior Glass will be considered part of your Business Personal Property if:

        **(a)** You are a tenant;

        **(b)** You have a contractual responsibility to insure such property or to pay for damage to it and

        **(c)** This policy does not insure the building or structure.

B. Paragraph **A.1.c. Personal Property of Others** is replaced by the following:

    **1. Covered Property**

        **c. Personal Property of Others**

          **(1)** Personal property of others that is:

            **(a)** In your care, custody or control; and

            **(b)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

    **(2)** Personal Property of Others includes exterior and/or interior glass that is part of the building or structure described in the Declaration only if:

        **(a)** You are a tenant;

        **(b)** You have a contractual responsibility to insure such property or to pay for damage to it; and

        **(c)** This policy does not insure the building or structure.

    **(3)** Our payment for loss of or damage to property covered under Personal Property of Others will only be for the account of the owner of the property.

    **(4)** If you are contractually liable for a specific amount, we will pay the least of the following:

        **(a)** The amount for which you are contractually liable;

        **(b)** The amount determined in accordance with the applicable Valuation Condition or any provision which replaces it; or

        **(c)** The Limit of Insurance.

POLICY NUMBER: A499814

WB 2843 08 19

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBER SUITE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

### SCHEDULE

| | |
|---|---|
| Cyber Suite Annual Aggregate Limit: | $ Not Applicable |
| First Party Annual Aggregate Limit: | $ 100,000 |
| Third Party Annual Aggregate Limit: | $ 100,000 |
| Cyber Suite Deductible Per Occurrence: | $ 1,000 |

| FIRST PARTY COVERAGES | |
|---|---|
| DATA COMPROMISE RESPONSE EXPENSES | Included |
| Sublimits Per Occurrence | |
| Forensic IT Review: | $ 50,000 |
| Legal Review: | $ 50,000 |
| Public Relations: | $ 5,000 |
| Regulatory Fines and Penalties (Not applicable in KS): | $ 50,000 |
| PCI Fines and Penalties: | $ 50,000 |
| COMPUTER ATTACK | Included |
| Sublimits Per Occurrence | |
| Loss of Business: | $ 50,000 |
| Public Relations: | $ 5,000 |
| CYBER EXTORTION | Included |
| Sublimit Per Occurrence: | $ 10,000 |
| MISDIRECTED PAYMENT FRAUD: | Included |
| Sublimit Per Occurrence: | $ 10,000 |
| COMPUTER FRAUD: | Included |
| Sublimit Per Occurrence: | $ 10,000 |

| THIRD PARTY COVERAGES | |
|---|---|
| DATA COMPROMISE LIABILITY | Included |
| NETWORK SECURITY LIABILITY | Included |
| ELECTRONIC MEDIA LIABILITY | Included |

| IDENTITY RECOVERY COVERAGE | |
|---|---|
| Annual Aggregate Limit Per "Identity Recovery Insured": | $ 25,000 |
| Deductible Per Occurrence: | None |
| Sublimits Per Occurrence | |
| Lost Wages and Child and Elder Care Expenses: | $ 5,000 |
| Mental Health Counseling: | $ 1,000 |
| Miscellaneous Unnamed Costs: | $ 1,000 |

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance
Company. All rights reserved.

WB 2843 08 19

Page 1 of 19

Throughout this Coverage Endorsement (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations, and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in "quotations" have special meaning. Refer to **DEFINITIONS**.

Coverage under this endorsement is subject to the following: The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

## A. COVERAGE

This section lists the coverages that apply if indicated in the Schedule.

### 1. Data Compromise Response Expenses

**a.** Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)** There has been a "personal data compromise"; and

**(2)** Such "personal data compromise" took place in the "coverage territory"; and

**(3)** Such "personal data compromise" is first discovered by you during the "policy period"; and

**(4)** Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

**(1) Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**(a)** Vulnerabilities in systems, procedures or physical security;

**(b)** Compliance with Payment Card Industry or other industry security standards; or

**(c)** The nature or extent of "loss" or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of, and response to, the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI (Payment Card Industry) Fines and Penalties do not include any increased transaction costs.

**2. Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If all the conditions listed in **2.a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

**(3) System Restoration**

We will pay your necessary and reasonable "system restoration costs".

**(4) Loss of Business**

We will pay your actual "business income and extra expense loss" incurred during the "period of restoration".

**(5) Extended Income Recovery**

If you suffer a covered "business income and extra expense loss" resulting from a "computer attack" on a "computer system" owned or leased by you and operated under your control, we will pay your actual "extended income loss".

© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**(6) Public Relations**

If you suffer a covered "business income and extra expense loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

**3. Cyber Extortion**

**a.** Cyber Extortion applies only if all of the following conditions are met:

**(1)** There has been a "cyber extortion threat"; and

**(2)** Such "cyber extortion threat" is first made against you during the "policy period"; and

**(3)** Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

**b.** If all the conditions listed in 3.a. above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval

**c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4. Misdirected Payment Fraud**

**a.** Misdirected Payment Fraud applies only if all of the following conditions are met:

**(1)** There has been a "wrongful transfer event" against you; and

**(2)** Such "wrongful transfer event" took place in the "coverage territory"; and

**(3)** Such "wrongful transfer event" is first discovered by you during the "policy period"; and

**(4)** Such "wrongful transfer event" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you; and

**(5)** Such "wrongful transfer event" is reported in writing by you to the police.

**b.** If all the conditions listed above in 4.a. have been met, then we will pay your necessary and reasonable "wrongful transfer costs" arising directly from the "wrongful transfer event".

**5. Computer Fraud**

**a.** Computer Fraud applies only if all of the following conditions are met:

**(1)** There has been a "computer fraud event" against you; and

**(2)** Such "computer fraud event" took place in the "coverage territory"; and

**(3)** Such "computer fraud event" is first discovered by you during the "policy period"; and

**(4)** Such "computer fraud event" is reported to us within 60 days after the date it is first discovered by you; and

**(5)** Such "computer fraud event" is reported in writing by you to the police.

**b.** If all the conditions listed in 5.a. above have been met, then we will pay your necessary and reasonable "computer fraud costs" arising directly from the "computer fraud event".

**6. Data Compromise Liability**

**a.** Data Compromise Liability applies only if all of the following conditions are met:

**(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

**(a)** A "claim"; or

**(b)** A "regulatory proceeding".

**(2)** Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

**(a)** Took place during the "coverage term"; and

**(b)** Took place in the "coverage territory"; and

**(c)** Was submitted to us and insured under Data Compromise Response Expenses.

**(3)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If all the conditions listed in 6.a. above have been met, then we will pay on your behalf any covered:

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

WB 2843 08 19

**(1)** "Loss" directly arising from the "claim"; or

**(2)** "Defense costs" directly arising from a "regulatory proceeding".

**c.** All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

**7. Network Security Liability**

**a.** Network Security Liability applies only if all of the following conditions are met:

**(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

**(a)** Took place during the "coverage term"; and

**(b)** Took place in the "coverage territory"; and

**(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If all the conditions listed in **7.a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

**c.** All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**8. Electronic Media Liability**

**a.** Electronic Media Liability applies only if all of the following conditions are met:

**(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

**(a)** Took place during the "coverage term"; and

**(b)** Took place in the "coverage territory"; and

**(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If all the conditions listed in **8.a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

**c.** All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**9. Identity Recovery**

**a.** Identity Recovery applies only if all of the following conditions are met:

**(1)** There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

**(2)** Such "identity theft" took place in the "coverage territory"; and

**(3)** Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

**(4)** Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

**b.** If all the conditions listed in **9.a.** above have been met, then we will provide the following to the "identity recovery insured":

**(1) Case Management Service**

We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

**(2) Expense Reimbursement**

We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**B. EXCLUSIONS**

The following additional exclusions apply to this coverage:

We will not pay for costs or "loss" arising from the following:

1. Failure or interruption of, or damage to, any electrical power supply network or telecommunications network not owned and operated by you including, but not limited to, the internet, internet service providers, Domain Name System (DNS) service providers, cable and wireless providers, internet exchange providers, search engine providers, internet protocol networks (and similar networks that may have different designations) and other providers of telecommunications or internet infrastructure.

2. Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

3. Costs to research or correct any deficiency.

4. Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

5. Any criminal investigations or proceedings.

6. Your intentional or willful complicity in a covered "loss" event.

7. Your reckless disregard for the security of your "computer system" or data, including confidential or sensitive information of others in your care, custody or control.

8. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

9. Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" occurring before the "coverage term".

10. That part of any "claim" seeking any non-monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

11. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

12. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

13. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Liability.

14. The theft of a professional or business identity.

15. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

16. An "identity theft" that is not reported in writing to the police.

## C. LIMITS OF INSURANCE

### 1. Aggregate Limits

The First Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all the Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, and Computer Fraud coverages in any one "policy period". The First Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered during the "policy period".

Except for post-judgment interest the Third Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all the Data Compromise Liability, Network Security Liability and Electronic Media Liability coverages in any one "policy period" or any applicable Extended Reporting Period. The Third Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

If a Cyber Suite Annual Aggregate limit is shown in the Schedule, then except for post-judgment interest, the Cyber Suite Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all applicable coverage sections, except Identity Recovery, in any one "policy period" or any applicable Extended Reporting Period. The Cyber Suite Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

The Identity Recovery Coverage is subject to the Identity Recovery Limit as shown in the Schedule.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance
Company. All rights reserved.

Page 6 of 19

WB 2843 08 19

**2. Coverage Sublimits**

  **a. Data Compromise Sublimits**

  The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Schedule.

  These sublimits are part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

  **b. Computer Attack Sublimits**

  The most we will pay under Computer Attack for Loss of Business and Extended Income Recovery coverages for "loss" arising from any one "computer attack" is the applicable Loss of Business sublimit shown in the Schedule. The most we will pay under Computer Attack for Public Relations coverage for "loss" arising from any one "computer attack" is the applicable Public Relations sublimit shown in the Schedule. These sublimits are part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

  **c. Cyber Extortion Sublimit**

  The most we will pay under Cyber Extortion coverage for "loss" arising from one "cyber extortion threat" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

  **d. Misdirected Payment Fraud Sublimit**

  The most we will pay under Misdirected Payment Fraud coverage for "loss" arising from one "wrongful transfer event" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

  **e. Computer Fraud Sublimit**

  The most we will pay under Computer Fraud coverage for "loss" arising from one "computer fraud event" is the applicable sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the First Party Annual Aggregate Limit shown in the Schedule.

  **f. Identity Recovery Sublimits**

  The following provisions are applicable only to the Identity Recovery Coverage.

  **(1)** Case Management Service for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the Annual Aggregate Limit for Identity Recovery.

  **(2)** "Identity Recovery Expenses" for Legal Costs are part of, and not in additional to, the Annual Aggregate Limit for Identity Recovery.

  **(3)** "Identity Recovery Expenses" for Child and Elder Care Expenses are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

  **(4)** "Identity Recovery Expenses" for Mental Health Counseling is subject to the Mental Health Counseling sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

  **(5)** "Identity Recovery Expenses" for Miscellaneous Unnamed Costs is subject to the Miscellaneous Unnamed Costs sublimit shown in the Schedule. This sublimit is part of, and not in addition to, the Annual Aggregate Limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

3. **Application of Limits**

   a. A "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" was first discovered by you.

   b. You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

   c. The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

   d. Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

D. **DEDUCTIBLES**

   1. We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Schedule. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Schedule. You will be responsible for the applicable deductible amount.

   2. The deductible will apply to all:

      a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, or Computer Fraud.

      b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Liability, Network Security Liability or Electronic Media Liability.

   3. In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

   4. Insurance coverage under Identity Recovery is not subject to a deductible.

E. **ADDITIONAL CONDITIONS**

   The following conditions apply in addition to the Common Policy Conditions:

   1. **Bankruptcy**

      The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

   2. **Defense And Settlement**

      a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

      b. You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

      c. At the time a "claim" or "regulatory proceeding" is first reported to us, you may request that we appoint a defense attorney of your choice. We will give full consideration to any such request.

      d. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the "claim" or suit could have been settled if such recommendation was consented to, plus "defense costs" incurred by us, and "defense costs" incurred by you with our written consent, prior to the date of such refusal.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

e. We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

f. We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

(1) After entry of judgment; and

(2) Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

These interest payments shall be in addition to and not part of the applicable limit of insurance.

### 3. Due Diligence

You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

a. Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

b. Providing and maintaining appropriate computer and Internet security;

c. Maintaining and updating at appropriate intervals backups of computer data;

d. Protecting transactions, such as processing credit card, debit card and check payments; and

e. Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

### 4. Duties in the Event of a Claim, Regulatory Proceeding or Loss

a. If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

(1) Anytime during the "policy period"; or

(2) Anytime during the extended reporting periods (if applicable).

b. If a "claim" or "regulatory proceeding" is brought against you, you must:

(1) Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

(2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

(3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

(4) Authorize us to obtain records and other information;

(5) Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

(6) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

(7) Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

c. In the event of a "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

(1) Notify the police if a law may have been broken.

(2) Notify us as soon as practicable, but in no event more than 60 days after the event, "claim", "regulatory proceeding" or "loss". Include a description of any property involved.

(3) As soon as possible, give us a description of how, when and where the event, "claim", "regulatory proceeding" or "loss" occurred.

(4) As often as may be reasonably required, permit us to:

(a) Inspect the property proving the "claim" or "loss".

(b) Examine your books, records, electronic media and records and hardware;

(c) Take samples of damaged and undamaged property for inspection, testing and analysis; and

(d) Make copies from your books, records, electronic media and records and hardware.

(5) Send us signed, sworn proof of "loss" containing the information we request to investigate the "claim" or "loss". You must do this within 60 days after our request. We will supply you with the necessary forms.

(6) Cooperate with us in the investigation or settlement of the "claim" or "loss".

(7) If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

(8) Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

(9) Promptly send us any legal papers or notices received concerning the "loss".

d. We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

e. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

**5. Extended Reporting Periods**

a. You shall have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

b. If a "termination of coverage" has occurred, you shall have the right to the following:

(1) At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

(2) Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

**6. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

**7. Legal Advice**

We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

**8. Other Insurance**

If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply only as excess insurance after all other applicable insurance has been exhausted.

**9. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**10. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**11. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**12. Valuation**

We will determine the value of "money" as follows:

Our payment for loss of "money" or loss payable in "money" will be, at your option, in the "money" of the country in which the "wrongful transfer event" or "computer fraud event" took place or in the United States of America dollar equivalent thereof determined at the rate of exchange published by the Wall Street Journal at the time of payment of such loss.

**F. DEFINITIONS**

**1. "Affected Individual"** means any person whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance
Company. All rights reserved.

    **a.** "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

    **b.** An "affected individual" may reside anywhere in the world.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense Loss"** means loss of Business Income and Extra Expense.

    **a.** As used in this definition, Business Income means the sum of:

        **(1)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

        **(2)** Continuing normal and necessary operating expenses incurred, including employee and director payroll.

    **b.** As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

6. **"Claim"**

    **a.** "Claim" means:

        **(1)** A written demand for monetary damages or non-monetary relief, including injunctive relief;

        **(2)** A civil proceeding commenced by the filing of a complaint;

        **(3)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

        **(4)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

    **b.** "Claim" does not mean or include:

        **(1)** Any demand or action brought by or on behalf of someone who is:

            **(a)** Your director;

            **(b)** Your owner or part-owner; or

            **(c)** A holder of your securities;

            in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

        **(2)** A "regulatory proceeding".

    **c.** Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when the "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

7. **"Computer Attack"**

    **a.** "Computer attack" means one of the following involving the "computer system":

        **(1)** An "unauthorized access incident";

        **(2)** A "malware attack"; or

        **(3)** A "denial of service attack" against a "computer system".

    **b.** A "computer attack" ends at the earlier of:

        **(1)** The time that the active attacking behavior ceases, the time that you have regained control over the "computer system" or the time that all unauthorized creation, destruction or movement of data associated with the "computer attack" has ceased, whichever happens latest; or

        **(2)** 30 days after your discovery of the "computer attack".

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

8. **"Computer System"** means a computer or other electronic hardware that:

   a. Is owned or leased by you and operated under your control; or

   b. Is operated by a third party service provider used for the purpose of providing hosted computer application services to you or for processing, maintaining, hosting or storing your electronic data, pursuant to a written contract with you for such services. However, such computer or other electronic hardware operated by such third party shall only be considered to be a "computer system" with respect to the specific services provided by such third party to you under such contract.

9. **"Computer Fraud Costs"** means:

   a. The amount of "money" fraudulently obtained from you. "Computer fraud costs" include the direct financial loss only.

   b. "Computer fraud costs" do not include any of the following:

      (1) Other expenses that arise from the "computer fraud event";

      (2) Indirect loss, such as "bodily injury", lost time, lost wages, "identity recovery expenses" or damaged reputation;

      (3) Any interest, time value or potential investment gain on the amount of financial loss; or

      (4) Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

10. **"Computer Fraud Event"** means:

    a. An "unauthorized access incident" that leads to the intentional, unauthorized and fraudulent entry of or change to data or instructions within a "computer system" owned or leased by you and operated under your control. Such fraudulent entry or change must be conducted by a person who is not an "employee", "executive" or "independent contractor". Such fraudulent entry or change must cause "money" to be sent or diverted. The fraudulent entry or change must result in direct financial loss to you.

    b. "Computer fraud event" does not mean or include any occurrence:

       (1) In which you are threatened or coerced to send money or divert a payment; or

       (2) Arising from a dispute or a disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

11. **"Coverage Term"** means the increment of time:

    a. Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

    b. Ending upon the "termination of coverage".

12. **"Coverage Territory"** means:

    a. With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, Computer Fraud and Identity Recovery, "coverage territory" means anywhere in the world.

    b. With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions) or Puerto Rico.

13. **"Cyber Extortion Expenses"** means:

    a. The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

    b. Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

14. **"Cyber Extortion Threat"** means:

    a. "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

       (1) Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance
Company. All rights reserved.

(2) Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

(3) Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

(4) Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

(5) Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

b. "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**15. "Data Re-creation Costs"**

a. "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re- create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

b. "Data re-creation costs" does not mean or include costs to research, re-create or replace:

(1) Software programs or operating systems that are not commercially available; or

(2) Data that is obsolete, unnecessary or useless to you.

**16. "Data Restoration Costs"**

a. "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

b. "Data restoration costs" does not mean or include costs to research, re-create or replace:

(1) Software programs or operating systems that are not commercially available; or

(2) Data that is obsolete, unnecessary or useless to you.

**17. "Defense Costs"**

a. "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

b. "Defense costs" does not mean or include the salaries or wages of your employees, or directors, or your loss of earnings.

**18. "Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**19. "Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

a. Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

b. Defamation against a person or organization that is unintended; or

c. A violation of a person's right of privacy, including false light and public disclosure of private facts.

**20. "Employee"** means any natural person, other than an "executive", who was, now is or will be:

a. Employed on a full-time or part-time basis by you;

b. Furnished temporarily to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions;

c. Leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph **b.**; or

d. Your volunteer worker, which includes unpaid interns.

21. **"Executive"** means any natural person who was, now is or will be:

   **a.** The owner of your sole proprietorship; or

   **b.** A duly elected or appointed:

     **(1)** Director;

     **(2)** Officer;

     **(3)** Managing Partner;

     **(4)** General Partner;

     **(5)** Member (if a limited liability company);

     **(6)** Manager (if a limited liability company); or

     **(7)** Trustee;

     of your business.

22. **"Extended Income Loss"** means your actual "business income and extra expense loss" incurred during the "extended recovery period".

23. **"Extended Recovery Period"** means a fixed period of 180 days immediately following the end of the "period of restoration".

24. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

25. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

   **a. Re-Filing Costs**

     Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

   **b. Notarization, Telephone and Postage Costs**

     Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

   **c. Credit Reports**

     Costs for credit reports from established credit bureaus.

   **d. Legal Costs**

     Fees and expenses for an attorney approved by us for the following:

     **(1)** The defense of any civil suit brought against an "identity recovery insured".

     **(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured".

     **(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

     **(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

     **(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

   **e. Lost Wages**

     Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   **f. Child and Elder Care Expenses**

     Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   **g. Mental Health Counseling**

     Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**h. Miscellaneous Unnamed Costs**

Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

**(1)** Such costs include:

**(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

**(b)** Deductibles or service fees from financial institutions.

**(2)** Such costs do not include:

**(a)** Costs to avoid, prevent or detect "identity theft" or other loss.

**(b)** Money lost or stolen.

**(c)** Costs that are restricted or excluded elsewhere in this Cyber Coverage or policy.

**26. "Identity Recovery Insured"** means the following:

**a.** When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured identity.

**b.** When the entity insured under this Cyber Coverage is a partnership, the "identity recovery insureds" are the current partners.

**c.** When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b.** above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

**(1)** The chief executive of the insured entity; or

**(2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**27. "Identity Theft"**

**a.** "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

**b.** "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**28. "Independent Contractor"** means a natural person that provides goods or services to you under terms specified in a written contract, but only while acting on behalf of, at the direction of, and under the supervision of you.

**29. "Loss"**

**a.** With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, under **A.1.b.**

**b.** With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, under **A.2.b.**

**c.** With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

**d.** With respect to Misdirected Payment Fraud, "loss" means "wrongful transfer costs".

**e.** With respect to Computer Fraud, "loss" means "computer fraud costs".

**f.** With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "loss" means "defense costs" and "settlement costs".

**g.** With respect to Identity Recovery, "loss" means those expenses enumerated in Identity Recovery, under **A.9.b.**

**30. "Malware Attack"**

**a.** "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers.

**b.** "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**31. "Money"** means:

**a.** "Money" means a medium of exchange in current use and authorized or adopted by a domestic or foreign government, including currency, coins, banknotes, bullion, travelers' checks, registered checks and money orders held for sale to the public.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

**b.** "Money" does not mean or include any cryptocurrency, whether or not authorized or adopted by a domestic or foreign government. Cryptocurrency includes, but is not limited to, Bitcoin, Ethereum and other forms of digital, virtual or electronic currency.

**32. "Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

**a.** The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

**b.** The unintended abetting of a "denial of service attack" against one or more other systems; or

**c.** The unintended loss, release or disclosure of "third party corporate data".

**33. "Period of Restoration"** means the period of time that begins 8 hours after the time that a "computer attack" is discovered by you and continues until the earliest of:

**a.** The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed;

**b.** The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch; or

**c.** If no data restoration, data re-creation or system restoration is required, the end of the "computer attack".

**34. "Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

**a.** At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

**(1)** You; or

**(2)** A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

**b.** "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

**c.** "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

**d.** All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

**35. "Personally Identifying Information"**

**a.** "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

**b.** "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

**36. "Personally Sensitive Information"**

**a.** "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

**b.** "Personally sensitive information" does not mean or include "personally identifying information".

37. **"Policy Period"** means the period commencing on the effective date shown in the Declarations. The "policy period" ends on the expiration date shown in the Declarations or the cancellation date of this Cyber Coverage, whichever comes first.

38. **"Property Damage"** means

   a. Physical injury to or destruction of tangible property including all resulting loss of use; or

   b. Loss of use of tangible property that is not physically injured.

39. **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

40. **"Settlement Costs"**

   a. "Settlement costs" means the following, when they arise from a "claim":

   (1) Damages, judgments or settlements; and

   (2) Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

   (3) Pre-judgment interest on that part of any judgment paid by us.

   b. "Settlement costs" does not mean or include:

   (1) Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

   (2) Punitive and exemplary damages;

   (3) The multiple portion of any multiplied damages;

   (4) Taxes; or

   (5) Matters which may be deemed uninsurable under the applicable law.

   c. With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

   (1) Is where those fines, or penalties were awarded or imposed;

   (2) Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

   (3) Is where you are incorporated or you have your principal place of business; or

   (4) Is where we are incorporated or have our principal place of business.

41. **"System Restoration Costs"**

   a. "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your "computer system" to its pre-"computer attack" level of functionality:

   (1) Replace or reinstall computer software programs;

   (2) Remove any malicious code; and

   (3) Configure or correct the configuration of your "computer system".

   b. "System restoration costs" does not mean or include:

   (1) Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

   (2) Labor costs of your employees or directors;

   (3) Any costs in excess of the actual cash value of your "computer system"; or

   (4) Costs to repair or replace hardware.

42. **"Termination of Coverage"** means:

   a. You or we cancel this coverage;

   b. You or we refuse to renew this coverage; or

   c. We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance
Company. All rights reserved.

Page 18 of 19

WB 2843 08 19

43. **"Third Party Corporate Data"**

   a. "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

   b. "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

44. **"Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

   a. An unauthorized person or persons; or

   b. An authorized person or persons for unauthorized purposes.

45. **"Wrongful Act"**

   a. With respect to Data Compromise Liability, "wrongful act" means a "personal data compromise".

   b. With respect to Network Security Liability, "wrongful act" means a "network security incident".

   c. With respect to Electronic Media Liability, "wrongful act" means an "electronic media incident".

46. **"Wrongful Transfer Costs"** means the amount of "money" fraudulently obtained from you. "Wrongful transfer costs" include the direct financial loss only. "Wrongful transfer costs" do not include any of the following:

   a. Other expenses that arise from the "wrongful transfer event";

   b. Indirect loss, such as "bodily injury", lost time, lost wages, identity recovery expenses or damaged reputation;

   c. Any interest, time value or potential investment gain on the amount of financial loss; or

   d. Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

47. **"Wrongful Transfer Event"**

   a. "Wrongful transfer event" means an intentional and criminal deception of you or a financial institution with which you have an account. The deception must be perpetrated by a person who is not an "employee", "executive" or "independent contractor" using email, facsimile or telephone communications to induce you or the financial institution to send or divert "money". The deception must result in direct financial loss to you.

   b. "Wrongful transfer event" does not mean or include any occurrence:

      (1) In which you are threatened or coerced to send money or divert a payment; or

      (2) Arising from a dispute or disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

All other provisions of this policy apply.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

COMMERCIAL PROPERTY
CP 01 49 06 07

# ILLINOIS CHANGES – ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in:

1. Paragraph **B.2.a.** of the Standard Property Policy, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form and the Causes Of Loss – Special Form; and

2. Paragraph **B.2.b.** of the Mortgageholders Errors And Omissions Coverage Form

is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

CP 01 49 06 07      © Insurance Services Office, Inc., 2008      Page 1 of 1    □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES
# AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

CYBER SUITE COVERAGE

1. **C. LIMITS OF INSURANCE, 1. Aggregate Limits** is deleted and replaced with the following:

    **1. Aggregate Limits**

    The First Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all the Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, and Computer Fraud coverages in any one "policy period". The First Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered during the "policy period".

    Except for pre- and post-judgment interest, the Third Party Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all applicable coverage sections in any one "policy period" or any applicable Extended Reporting Period. The Third Party Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

    If a Cyber Suite Annual Aggregate limit is shown in the Schedule, then, except for pre- and post-judgment interest, the Cyber Suite Annual Aggregate Limit shown in the Schedule is the most we will pay for all "loss" under all applicable coverage sections, except Identity Recovery, in any one "policy period" or any applicable Extended Reporting Period. The Cyber Suite Annual Aggregate Limit shown in the Schedule applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

    The Identity Recovery Coverage is subject to the Identity Recovery Limit as shown in the Schedule.

2. **E. ADDITIONAL CONDITIONS, 2. Defense And Settlement,** Paragraph **f.** is deleted and replaced with the following:

    **f.** We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

    **(1)** Before entry of judgment; and

    **(2)** After entry of judgment but before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

    These interest payments shall be in addition to and not part of the applicable limit of insurance.

3. The following is added to **E. ADDITIONAL CONDITIONS, 6. Legal Action Against Us:**

    The two year period for legal action against us is extended by the number of days between the date the statement of "loss" is filed with us and the date we deny the claim in whole or in part.

4. **E. ADDITIONAL CONDITIONS, 8. Other Insurance** is deleted and replaced with the following:

    **8. Other Insurance**

    If there is other similar insurance that applies to the same "loss" we will proportionately share payment of the amount of "loss" with the other insurance company.

5. **F. DEFINITIONS, 17. "Defense Costs",** Paragraph **b.** is deleted and replaced with the following:

    **b.** "Defense costs" does not mean or include the salaries of your or our employees, officers or staff attorneys, or your loss of earnings.

6. **F. DEFINITIONS, 40. "Settlement Costs",** Paragraph **a.** is deleted and replaced with the following:

    **a.** "Settlement costs" means the following, when they arise from a "claim":

    **1)** Damages, judgments or settlements; and

    **2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order.

West Bend Mutual Insurance Company
West Bend, Wisconsin 53095
© 2019, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

# EXHIBIT B



Raymond J. Melton, Esq.
Direct Dial: 815-904-8808
Direct Fax: 815-904-8809
Email: rmelton@amundsendavislaw.com

**VIA ELECTRONIC MAIL**

May 16, 2023

Mr. Eric Hinthorne
1900 S. 18th Avenue
West Bend, WI 53095
ehinthorne@wbmi.com

Re:

|  |  |
|---|---|
| Claim No.: | AN31972 |
| Policy No.: | A499814 01 |
| Effective: | October 1, 2019- October 1, 2020 |
| Loss Location: | 4060 Rock Valley Parkway |
| | Loves Park IL 61111 |
| DOL: | August 10, 2020 |

Dear Mr. Hinthorne:

The above claim and loss were submitted to you by LaMonica Family Limited Partnership, LLC for payment for the complete replacement of the roof of a building located at 4060 Rock Valley Parkway, Loves Park, Illinois 61111. As you know the roof replacement was completed by CLA Exteriors. However, after the completion of the job it was discovered that the roof was larger than anticipated and that there were additional labor and materials that were not contemplated in the initial scope prepared by West Bend. In light of this fact there is currently a disagreement of the amount of the loss related to the complete replacement of the roof of the building located at 4060 Rock Valley Parkway, Loves Park, Illinois 61111. As you know the aforementioned policy coverage form states as follows:

> If we and you disagree in the value of the property or the amount of loss, either
> may make written demand for an appraisal of the loss. In this event, each party

Mr. Eric Hinthorne
May 16, 2023
Page 2

will select a competent and impartial appraiser.  The two appraisers will select an umpire.  If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of the property and amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.  Each party will:

   a. Each party will pay their own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in b below.
   b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

   1. You demanded the appraisal; and
   2. The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

Therefore, as illustrated in the above policy language, either party may demand an appraisal.  Consequently, we have elected to do so.  We have selected Zachary Baker of Spartan Public Adjustments, 106 Blantonwood Drive, Shelbyville, Tennessee, zach@spartanpa.com (779) 772-7826 to represent LaMonica Family Limited Partnership, LLC.  We ask that you provide the name and phone number of your impartial appraiser within the next thirty (30) days.  We also ask that your assigned appraiser contact our appraiser using his contact information stated herein.

It is my understanding that LaMonica Family Limited Partnership, LLC has complied with all of the required conditions and duties in the event of a loss under the policy inclusive of the submission of a proof of loss.  Further, although the policy requires any action to be brought within two years of the date on which the direct physical loss or damage occurred, such date has been extended in light of the fact that the insured and it's contractor did not discover West Bend's error which led to the roof cost being significantly more until after the completion of the work in the Fall of 2021.  To further illustrate that there is a disagreement in the amount of loss I have attached the contract, contract rider and original West Bend scope of work with a subsequent unilateral "settlement" amount of $950,000.00.  It is worth noting that West Bend's payment of $950,000.00 to complete the work was never accepted as a full and final settlement of all claims and was never memorialized in a release or written settlement agreement.  Eric Hinthorne's email attempting to memorialize a settlement agreement on July 21, 2021 is unilateral.

Mr. Eric Hinthorne
May 16, 2023
Page 3

The attached estimate from Spartan Public Adjustments which illustrates a disagreement in the amount of loss is in the amount of $2,369,459.02 is attached hereto for your review.  If you believe that your insured, LaMonica Family Limited Partnership, LLC, has not complied with any policy condition or requirement in the event of this loss that you notify us in detail as to the duty and/or requirement that has not been met and what information you require to meet said duty or requirement.

Please be advised that nothing in this letter should be intended to nor, should be construed as, a waiver of any terms or conditions of the policy of insurance.  LaMonica Family Limited Partnership, LLC reserves all rights and claims it may now have or those that become apparent through additional investigation under the policy.  If you have any questions with respect to this appraisal, please feel free to contact me at (815) 904-8808

Sincerely,

Raymond J. Melton on behalf of LaMonica Family
Limited Partnership, LLC

RJM/sac
Enclosures

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

| | |
|---|---|
| Insured: | LaMonica Beverages, Inc. |
| Property: | 4060 Rock Valley Pkwy |
| | Loves Park, IL 61111 |

| | | | |
|---|---|---|---|
| Estimator: | Jeff Gunn | Cellular: | (815) 299-7330 |
| Position: | General Manager | E-mail: | jeffgunn.clainc@gmail.com |
| Company: | CLA Exteriors and Solar | | |
| Business: | 4901 N. 2nd. Street | | |
| | Loves Park, IL 61111 | | |

**Claim Number:** AN31972    **Policy Number:** A499814-1    **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 8/10/2020 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 8/4/2021 12:00 AM |

| | |
|---|---|
| Price List: | ILRO8X_JUN22 |
| | Restoration/Service/Remodel |
| Estimate: | LAMONICA-1 |



## CLA Exteriors and Solar

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

### LAMONICA-1

#### Emergency Repair

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Emergency Repairs* | 6.00 EA | 750.00 | 0.00 | 1,192.50 | 5,692.50 | (0.00) | 5,692.50 |
| Repairs to prevent further damages | | | | | | | |
| 2. Emergency Repairs* | 1.00 EA | 7,200.00 | 0.00 | 1,908.00 | 9,108.00 | (0.00) | 9,108.00 |
| Repair to drains as a result of roofing envelope height changing. | | | | | | | |
| 3. Raise drain above lower office * | 1.00 EA | 5,500.00 | 0.00 | 1,457.50 | 6,957.50 | (0.00) | 6,957.50 |
| Had to raise roof to meet R30 insulation requirements. Drain had to also be raised. The only access was through drywall ceiling in lower office | | | | | | | |
| 4. Drywall (Bid Item) | 1.00 EA | 450.00 | 0.00 | 119.25 | 569.25 | (0.00) | 569.25 |
| Drywall repairs needed to access drain | | | | | | | |
| 5. Electrical - Labor Minimum | 1.00 EA | 337.50 | 0.00 | 89.44 | 426.94 | (0.00) | 426.94 |
| Emergency electrical repairs | | | | | | | |
| **Totals: Emergency Repair** | | | **0.00** | **4,766.69** | **22,754.19** | **0.00** | **22,754.19** |

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6. Remove Rubber roofing - Fully adhered system - 60 mil | 780.00 SQ | 97.44 | 0.00 | 20,140.85 | 96,144.05 | (0.00) | 96,144.05 |
| 7. Rubber roofing - Fully adhered system - 60 mil | 936.00 SQ | 644.51 | 20,760.01 | 165,365.66 | 789,387.03 | (0.00) | 789,387.03 |
| There was a 20% cutting waste factor. | | | | | | | |
| 8. Remove Insulation - ISO board, 4" | 780.00 SQ | 69.51 | 0.00 | 14,367.72 | 68,585.52 | (0.00) | 68,585.52 |
| 9. Insulation - ISO board, 4" | 936.00 SQ | 462.69 | 16,800.15 | 119,217.67 | 569,095.66 | (0.00) | 569,095.66 |
| 10. Insulation - ISO board, 1 1/2" | 936.00 SQ | 230.30 | 7,123.66 | 59,011.38 | 281,695.84 | (0.00) | 281,695.84 |
| Code item | | | | | | | |
| 11. Remove Membrane roofing - cant strips - perlite | 1,624.00 LF | 0.88 | 0.00 | 378.72 | 1,807.84 | (0.00) | 1,807.84 |
| 12. Membrane roofing - cant strips - perlite | 1,948.80 LF | 2.45 | 78.44 | 1,286.04 | 6,139.04 | (0.00) | 6,139.04 |
| 13. Remove Aluminum termination bar / flashing for membrane roofs | 1,624.00 LF | 0.76 | 0.00 | 327.08 | 1,561.32 | (0.00) | 1,561.32 |
| 14. Aluminum termination bar / flashing for membrane roofs | 1,948.80 LF | 2.71 | 119.36 | 1,431.16 | 6,831.77 | (0.00) | 6,831.77 |
| 15. Remove Additional charge for high roof (2 stories or greater) | 513.00 SQ | 6.85 | 0.00 | 931.23 | 4,445.28 | (0.00) | 4,445.28 |
| 16. Additional charge for high roof (2 stories or greater) | 513.00 SQ | 21.26 | 0.00 | 2,890.19 | 13,796.57 | (0.00) | 13,796.57 |
| 17. Remove Aluminum wall coping - large | 1,624.00 LF | 0.76 | 0.00 | 327.08 | 1,561.32 | (0.00) | 1,561.32 |
| 18. Aluminum wall coping - large | 1,948.80 LF | 24.97 | 2,909.07 | 13,666.21 | 65,236.82 | (0.00) | 65,236.82 |
| 19. Packaged gas furnace & AC unit - Detach & reset | 8.00 EA | 1,322.32 | 0.00 | 2,803.31 | 13,381.87 | (0.00) | 13,381.87 |
| Weight must be lifted off curb to ensure proper flashing | | | | | | | |



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

### CONTINUED - Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20. HVAC - General Laborer - per hour | 32.00 HR | 49.78 | 0.00 | 422.13 | 2,015.09 | (0.00) | 2,015.09 |
| 1 additional tech for 4 days detaching and resetting roof top units | | | | | | | |
| 21. R&R Pitch pan / pocket - up to 6" x 6" x 4" - PVC/TPO | 26.00 EA | 141.37 | 125.85 | 1,007.39 | 4,808.86 | (0.00) | 4,808.86 |
| 22. R&R Furnace vent - rain cap and storm collar, 6" | 14.00 EA | 105.73 | 45.91 | 404.44 | 1,930.57 | (0.00) | 1,930.57 |
| 23. R&R Roof drain - cast iron - 2" to 6" outlet | 6.00 EA | 541.73 | 144.97 | 899.78 | 4,295.13 | (0.00) | 4,295.13 |
| 24. R&R Pipe jack flashing - PVC/TPO | 12.00 EA | 79.01 | 41.35 | 262.21 | 1,251.68 | (0.00) | 1,251.68 |
| 25. Expansion joint - Plastic/PVC | 312.00 LF | 4.63 | 39.86 | 393.36 | 1,877.78 | (0.00) | 1,877.78 |
| Backrod for expansion joints | | | | | | | |
| 26. 2" x 6" lumber (1 BF per LF) | 441.60 LF | 3.97 | 69.17 | 482.92 | 2,305.24 | (0.00) | 2,305.24 |
| Code Item- Build up lower roof to obtain R30 insulation requirement | | | | | | | |
| 27. 1" x 6" lumber (.5 BF per LF) | 441.60 LF | 3.44 | 48.69 | 415.47 | 1,983.26 | (0.00) | 1,983.26 |
| Code Item- Build up lower roof to obtain R30 insulation requirement | | | | | | | |
| 28. Carpentry - General Laborer - per hour | 48.00 HR | 49.78 | 0.00 | 633.21 | 3,022.65 | (0.00) | 3,022.65 |
| Additional laborer/carpenter needed | | | | | | | |
| **Totals: Roof** | | | **48,306.49** | **407,065.21** | **1,943,160.19** | **0.00** | **1,943,160.19** |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 150.00 | 0.00 | 79.50 | 379.50 | (0.00) | 379.50 |
| For forklift | | | | | | | |
| 30. Propane fuel (per gallon) | 60.00 GL | 3.27 | 17.17 | 56.55 | 269.92 | (0.00) | 269.92 |
| 31. Job-site cargo/storage container - 20' long - per month | 2.00 MO | 87.83 | 0.00 | 46.55 | 222.21 | (0.00) | 222.21 |
| 32. Telehandler/forklift (per week) - no operator | 10.00 WK | 1,310.16 | 0.00 | 3,471.92 | 16,573.52 | (0.00) | 16,573.52 |
| Day to day operations - **UPDATED TO REFLECT ACTUAL TIMEFRAME** | | | | | | | |
| 33. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 2,020.00 | 0.00 | 535.30 | 2,555.30 | (0.00) | 2,555.30 |
| 34. Caution tape | 2,000.00 LF | 0.11 | 1.75 | 58.76 | 280.51 | (0.00) | 280.51 |
| 35. Traffic cones (per unit, per day) | 11,250.00 DA | 0.83 | 0.00 | 2,474.44 | 11,811.94 | (0.00) | 11,811.94 |
| 36. Fall protection harness and lanyard - per week | 8.00 WK | 22.00 | 0.00 | 46.64 | 222.64 | (0.00) | 222.64 |
| 37. Telehandler/forklift and operator | 80.00 HR | 139.70 | 0.00 | 2,961.64 | 14,137.64 | (0.00) | 14,137.64 |

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

**CONTINUED - General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Material delivery and pickup | | | | | | | |
| 38. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 19.00 EA | 720.00 | 0.00 | 3,625.20 | 17,305.20 | (0.00) | 17,305.20 |
| Actual dumpsters used as a result of wet materials above and beyond what is paid for in the Xactimate line item. | | | | | | | |
| 39. Temporary fencing - 1-4 months (per month) | 400.00 LF | 4.38 | 0.00 | 464.28 | 2,216.28 | (0.00) | 2,216.28 |
| 40. Boom lift - 50'-60' reach (per day)* | 75.00 DA | 475.00 | 0.00 | 9,440.63 | 45,065.63 | (0.00) | 45,065.63 |
| Used to attach wall cap on exterior wall | | | | | | | |
| 41. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 150.00 | 0.00 | 79.50 | 379.50 | (0.00) | 379.50 |
| For boom lift | | | | | | | |
| 42. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 75.00 | 0.00 | 39.75 | 189.75 | (0.00) | 189.75 |
| For fencing | | | | | | | |
| 43. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 75.00 | 0.00 | 39.75 | 189.75 | (0.00) | 189.75 |
| For tool storage container | | | | | | | |
| 44. Crane and operator - 115 ton capacity | 80.00 HR | 380.00 | 0.00 | 8,056.00 | 38,456.00 | (0.00) | 38,456.00 |
| 45. Commercial Supervision / Project Management - per hour | 1,000.00 HR | 81.89 | 0.00 | 21,700.85 | 103,590.85 | (0.00) | 103,590.85 |
| Two site supervisors for the duration of the job of 2 1/2 months. | | | | | | | |
| 46. Safety Monitor / OSHA Compliance Officer- per hour* | 1,000.00 HR | 81.89 | 0.00 | 21,700.85 | 103,590.85 | (0.00) | 103,590.85 |
| The Union was watching the job the entire time, and called OSHA. As a result, we had two additional supervisors on site the entire time as OSHA compliance officers. | | | | | | | |
| 47. HVAC - General Laborer - per hour | 64.00 HR | 49.78 | 0.00 | 844.27 | 4,030.19 | (0.00) | 4,030.19 |
| 2 techs for 4 days detaching and resetting roof top units | | | | | | | |
| 48. Temporary toilet (per month) | 10.00 MO | 135.00 | 0.00 | 357.75 | 1,707.75 | (0.00) | 1,707.75 |
| Four temporary toilets for two months. | | | | | | | |
| 49. Generator - 6,000 watt - portable (per day) | 300.00 DA | 82.00 | 0.00 | 6,519.00 | 31,119.00 | (0.00) | 31,119.00 |
| Four generators for two months | | | | | | | |
| 50. Generator temporary power cable (per day) | 300.00 DA | 27.00 | 0.00 | 2,146.50 | 10,246.50 | (0.00) | 10,246.50 |
| **Totals: General Conditions** | | | 18.92 | 84,745.63 | 404,540.43 | 0.00 | 404,540.43 |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Temporary repair services labor minimum | 1.00 EA | 3.33 | 0.00 | 0.88 | 4.21 | (0.00) | 4.21 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 0.88 | 4.21 | 0.00 | 4.21 |
| **Line Item Totals: LAMONICA-1** | | | 48,325.41 | 496,578.41 | 2,370,459.02 | 0.00 | 2,370,459.02 |



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Summary

| | |
|---|---:|
| Line Item Total | 1,825,555.20 |
| Material Sales Tax | 48,325.41 |
| | |
| Subtotal | 1,873,880.61 |
| Overhead | 281,082.13 |
| Profit | 215,496.28 |
| | |
| **Replacement Cost Value** | **$2,370,459.02** |
| Less Deductible | (1,000.00) |
| | |
| **Net Claim** | **$2,369,459.02** |

Jeff Gunn
General Manager



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (10%) | Material Sales Tax (8.75%) | Food & Med State Tax (1%) | Food & Med Local Tax (1.25%) |
|---|---|---|---|---|---|
| **Line Items** | 281,082.13 | 215,496.28 | 48,325.41 | 0.00 | 0.00 |
| **Total** | **281,082.13** | **215,496.28** | **48,325.41** | **0.00** | **0.00** |



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Recap by Room

**Estimate: LAMONICA-1**

| | | |
|---|---|---|
| Emergency Repair | 17,987.50 | 0.99% |
| Roof | 1,487,788.49 | 81.50% |
| General Conditions | 319,775.88 | 17.52% |
| Labor Minimums Applied | 3.33 | |
| **Subtotal of Areas** | **1,825,555.20** | **100.00%** |
| **Total** | **1,825,555.20** | **100.00%** |

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONCRETE & ASPHALT | 1,444.56 | 0.06% |
| CONTENT MANIPULATION | 175.66 | 0.01% |
| GENERAL DEMOLITION | 152,804.41 | 6.45% |
| DRYWALL | 450.00 | 0.02% |
| ELECTRICAL | 337.50 | 0.01% |
| HEAVY EQUIPMENT | 91,202.60 | 3.85% |
| PERMITS AND FEES | 2,216.20 | 0.09% |
| FRAMING & ROUGH CARPENTRY | 5,661.69 | 0.24% |
| HEAT, VENT & AIR CONDITIONING | 16,643.34 | 0.70% |
| LABOR ONLY | 163,780.00 | 6.91% |
| PLUMBING | 8,417.44 | 0.36% |
| ROOFING | 1,288,221.43 | 54.34% |
| SCAFFOLDING | 176.00 | 0.01% |
| SIDING | 48,661.54 | 2.05% |
| TEMPORARY REPAIRS | 45,362.83 | 1.91% |
| O&P Items Subtotal | 1,825,555.20 | 77.01% |
| Material Sales Tax | 48,325.41 | 2.04% |
| Overhead | 281,082.13 | 11.86% |
| Profit | 215,496.28 | 9.09% |
| Total | 2,370,459.02 | 100.00% |



**CLA EXTERIORS**

4901 N 2nd St, Loves Park, IL 61111

**PHONE: 1-855-CLA-8800**

**INSURANCE INFORMATION**

*Illinois Roofing License # 104.018096 / 105.008357 (Residential/Commercial)*

## Commercial Construction Specification Contract

| | |
|---|---|
| **Customer's Name** | LaMonica Family Limited Partnership |
| **Customer's Phone** | (815) 282-3535 |
| **Date of Contract** | 7/28/2021 |
| **E-Mail Address** | CarlyL@lamonicabev.com |

| **Claim Number** | AN31972 |
|---|---|
| **Insurance Co.** | West Bend |
| **Date of Loss** | 08/10/2020 |
| **Deductible** | $1,000.00 |

| **Address** | 4060 Rock Valley Pkwy | | | | |
|---|---|---|---|---|---|
| **City** | Loves Park | **State** | IL | **ZIP** | 61111 |

| **ROOFING SYSTEM** | TPO Roofing System | **COLOR/THICKNESS** | .60 mil / White |
|---|---|---|---|
| **COPING COLOR/ APRON COLOR** | N/A | **GUTTER/DOWNS COLOR & SIZE** | N/A |
| **SIDING BRAND** | N/A | **SIDING STYLE/SIZE** | N/A |
| **SOFFIT/FASCIA** | N/A | **COLOR & SIZE** | N/A |

**Additional Information:**
*Roof Only - All work to be done per insurance proceeds and per approved insurance scope of loss.
*Standard 5 yr craftsmanship & 20 yr mfgr. warranty provided (other options available upon request)
*Work will not commence until all materials have been received to avoid delays in production.

| LAYERS OF ROOFING BEING REMOVED | ALL | ☒ PREPARE EXISTING DECKING FOR ROOF INSTALL (NEW WOOD DECKING IS REPLACED AT $ 100 /SHEET) |
|---|---|---|

☐ INSTALL ICE/WATER SHIELD ON/IN ALL EAVES/VALLEYS TO MEET OR EXCEED CODE.     ☒ INSTALL INSULATION TO MEET OR EXCEED CODE W/ 6" OR 8" SCREWS

☒ REPLACE ALL PLUMBING/PIPE BOOTS   REPLACE EXISTING VENTS AND/OR HVAC UNITS   N/A   ☐ FULLY ADHERED   ☐ MECHANICALLY ADHERED

FURNISH PERMIT   REPLACE   N/A   REFLASH   N/A   <=SKYLIGHTS (IF APPLICABLE)   ☒ REMOVE DEBRIS PROMPTLY FROM JOB SITE

☒ ROLL PROPERTY WITH MAGNETIC NAIL SWEEPER     CLA EXTERIORS AND SUB CONTRACTORS ARE NOT RESPONSIBLE FOR ANY PREEXISTING LEAKS○>

| CRACKS IN INTERIOR, STUCCO, OR OTHER CONDITIONS DENIED/NOT PAID BY INSURANCE | IS BUSINESS OWNER AWARE OF ANY CURRENT INTERIOR LEAKS? | Y |
|---|---|---|

| **INSURANCE AMOUNT** | $950,000.00 |
|---|---|
| **SUPPLEMENT AND O&P SUPPLEMENT** | TBD |
| **WORK NOT DOING** | N/A |
| **UPGRADE / DISCOUNT** | N/A |
| **CONTRACT TOTAL** | $950,000.00 |
| **DOWN PAYMENT RECEIVED** | $560,834.73 |

*CLA Exteriors will invest its time / expertise in assisting the business owner with the insurance claim. This proposal is contingent upon the insurance company paying for repairs and will be void only if the claim is disallowed by the insurance company. The homeowner and CLA Exteriors will not be obligated unless the repairs are approved by the homeowner's insurance company. The insurance company will determine and set the price of the claim. The Business owner agrees to allow CLA Exteriors to work with the insurance company and do the work as specified in the insurance scope of loss. There will be no additional cost to the business owner unless agreed upon. The business owner's out of pocket expense will not exceed the deductible amount and agreed upgrade amount. The business owner also authorizes CLA Exteriors to work with their mortgage company if necessary.

*Per the insurance scope of loss, including the deductible and all future supplements paid by insurance, the only cost to the business owner is their deductible and any upgrades they choose above and beyond the insurance scope. The balance is paid by the insurance company, per final loss invoice, with the exceptions of the deductible and agreed upon upgrades, which are the responsibility of the business owner.

*Payment to be made as follows: The ACV insurance check is due upon contract signing. Following payments due during work as trades are completed and/or as the homeowner receives payments from their insurance company. Final balance due upon completion of this contract.

| **I, THE BUSINESS OWNER, UNDERSTAND THE TERMS OF THIS AGREEMENT.** (PLEASE INITIAL =>) | x *CL* |
|---|---|

*Acceptance of Proposal—The above terms and conditions and those contained on the reverse side are satisfactory and are hereby accepted. You authorize CLA Exteriors to do the work specified by any insurance company. Payment will be made as outlined above. READ NOTICE ON REVERSE SIDE.*

| **Customer Name** (Printed) | LaMonica Beverages | **CLA Rep Name** (Printed) | Aron Jiles | 8/7/21 |
|---|---|---|---|---|

**Customer Signature:** *Carly LaMonica*     **CLA Rep Signature:**

A.   CLA EXTERIORS, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, IS REFERRED TO AS "COMPANY" AND THE OWNER NAMED HEREIN ON THE FIRST PAGE IS REFERRED TO AS THE "OWNER" THIS AGREEMENT WILL BE SUBJECT TO ALL APPROPRIATE LAWS, REGULATIONS, ORDINANCES OF THE STATE WHERE THE WORK IS TO BE PERFORMED AND THE FOLLOWING TERMS AND CONDITIONS. THE COMPANY'S OBLIGATIONS UNDER THIS CONTRACT ARE EXPRESSLY CONDITIONED ON THE foregoing covenants, representations, and warranties of the Owner being True.

1. The Owner expressly represents that if there are items that cannot be moved from the exterior or interior of the building that the Owner is solely responsible for providing protection of these items and that the owner is responsible for all damages caused to any items which remain inside the building while the work is being performed.
2. The Owner acknowledges that working on the roof around skylights can occasionally cause debris to fall into the building at or near the exterior of the building. Owner agrees to move or remove any furniture and cover all carpets and flooring. We are not responsible for any damages that occur from working around the skylights.
3. The Owner acknowledges that the construction process is noisy, and that noise will be produced from hammering and other work or equipment throughout the construction process.
4. The Owner acknowledges and agrees that the construction will cause some dust, granules, or debris to enter the building and that the owner is responsible for cleaning or vacuuming the building after the construction is complete.
5. The Owner agrees to make all driveways, entryways, or parking lots available for loading/unloading of materials or storage of equipment during the construction process.
6. The Company is not responsible for any nails or other debris that remains upon the owners parking lots, walkways or other pedestrian or vehicle accesses to the building. The Company will make a reasonable effort to remove debris related to the construction process.
7. If rotted/deteriorated/defective decking is found during construction, the company will not be held liable, and construction may be deferred.However, if you desire, the Company, will replace the rooted/deteriorated/defective decking on a time and material basis. The charge will be the responsibility of the Owner. A contact number is needed to get in touch with you for instructions should this occur.
8. The Company is not liable for anything such as nail pops, cracks or pre-existing damage that was not covered in your claim or noted on the first page of this agreement.
9. All precautions will be taken to prevent damage to gutters and/or any reset items; however, sometimes damage is unavoidable especially on very steep roofs or where there are some rotten or rusted areas. The Company is not liable or responsible for this damage.
10. The Company bears no liability for damage to existing stucco or brick during the application of roofing materials. Be aware that there may be chipping or breaking of stucco around flashing and other areas of the building.
11. The Owner is responsible for damage which occurs to any concealed or latent electrical or wiring, plumbing or other apparatus or fixtures associated with or located within the building during construction. The Company is not responsible for and/or bears no liability for damage or re-alignment to satellite dish units. The Owner must call their provider and have their dish re-aligned professionally and then must bill their insurance carrier for any incurred expenses.
12. The Owner agrees to pay the Company the full amount approved by the insurance company including supplements and overhead and profit requested by the company to the insurance company relating to this agreement and Contract.
13. The Company has the right to order excess materials, these materials will not be charged above the agreed upon price. Upon completion of the work shall belong to the company.
14. The company has the right to stop work without first giving notice to the Owner. If any payment required by this agreement is not paid on its due date the company is not required to start work again. If the company hires an attorney to enforce any part of this agreement the owner shall be responsible for all attorney's fees incurred by the company necessary to enforce this agreement. If the Company files a mechanics lien against the property the owner agrees to pay the cost of preparing, serving, and filing the mechanics lien including any attorney's fees.
15. The Company shall have lien rights with this agreement once signed by the Owner. Any person or company supplying labor or materials forth is improvement to your property may file a lien against your property if that person or company is not paid for their contributions.
16. The Company shall have no responsibility for damage from wind-driven rain, fire, tornado, windstorm, extreme heat, or other perils as is normally contemplated to be covered by homeowner'insurance or business risk insurance unless there is a specific written agreement made prior to commencement of the work implicating such responsibility upon the Company.
17. The quotation on the front page of this agreement does not include expenses or charges for bond insurance premiums or costs beyond normal insurance coverage. Any such additional expenses premiums or costs shall be added to the total agreement amount on the front page of this agreement.
18. If roofing and sheet metal work is involved the customer agrees that our standard roof guarantee is acceptable, a copy of which is available upon request of the purchaser.
19. The Company is not responsible for ice dams(thawing and freezing of ice water or snow) or any other damage on or below the roof line due to leaks, excessive snow or wind driven rain,ice,or hail during the period of the warranty. Excessive wind is considered 50MPH or greater.
20. This agreement or the warranty shall not be assigned except by or with the written permission of the company and are non-transferable.
21. During the duration of the work the Owner will be responsible for any and all interior damage as long as the Company has taken the appropriate action consistent with industry standards to protect the roof and/or siding during the repairs.
22. The Company is not responsible for pre-existing construction deficiencies that manifest themselves during the construction process, i.e.,nail-pops, plumbing, vent pipes, wood rot, decking deficiencies, utility lines, plumbing systems (i.e.,Pipes) or electrical systems (i.e.,Wires) etc. If a construction problem is pointed out prior to construction and Company is notified in writing Company will try to assist Owner within the Company's means and capabilities to correct the problems on a time and material basis.

23. The Company will not be responsible for the slight scratching or denting of gutters, downspouts, existing siding and windows, oil droplets in the driveway, walkways or parking lots, hairline fractures in the blacktop or concrete or walkways or damage to plants or shrubbery. If excessive damage is determined to be caused by the Company at the Company's discretion the Company will repair or replace the damaged area only at the company's expense.

24. The Company's liability for claims arising out of this contract shall not exceed and is limited to the total agreement price which Customer agrees shall be a liquidated sum under any event of default of Company. The parties agree that the Company is not liable for any consequential, incidental, or punitive damages.

25. Any representations, statements, or other communications not written on this agreement are agreed to be immaterial and not relied on by either party, and do not survive the execution of this contract.

26. If any provision of this contract should be held to be invalid or unenforceable, the validity and enforceability of the remaining provisions of the contract shall not be affected thereby.

27. Any changes to material by the Owner (brand, style, color, etc.) after said material has been delivered or is in route to the Purchaser will result in a 25% re-stock fee based on the replacement cost of said materials set forth by the insurance carrier.

28. This Contract consists of 3 pages and Rider shall be considered the entire agreement by the parties involved.

29. If The Owner fails to comply with any of its obligations, responsibilities or representations described in this agreement the Owner shall be in breach of this agreement and the Contractor may seek any remedies available at law against the Owner.

30. The Parties expressly agree that this Agreement was jointly drafted, and that both had opportunity to negotiate its terms and to obtain the assistance of counsel in reviewing its terms before execution. Therefore, this Agreement shall be construed neither against nor in favor of either Party but shall be construed in a neutral manner.

31. Constructor is not required to maintain pollution liability insurance

32. Within seven (7) Days after receiving Contractor's written request, Owner shall provide the Contractor with the information necessary to give notice of or enforce mechanics lien rights and, where applicable, stop notices. This information shall include Owner's real property interests or attached to such existing buildings,plant,or structures. Coverage shall be to the extent loss or damage arises out of Constructor's activities or operations at the Project; (d)equipment breakdown, including mechanical breakdown, electrical injury to electricaldevices, explosion of steam equipment, and damage to steam equipment caused by a condition within the equipment; (e)testing coverage for running newly installed machinery and equipment at or beyond the specified limits of their capacity to determine whether they are fit for their intended use;and (f) physical loss resulting from Terrorism. The Party that is the primary cause of a Builder's Risk Policy claim shall be responsible for any deductible amounts or coinsurance payments. If no Party is the primary cause of a claim, then the Party obtaining and maintaining the Builder's Risk Policy pursuant to shall be responsible for the deductible amounts or coinsurance payments.

*PHONE: 1-855-CLA-8800     ADDRESS: 4901 N 2nd St, Loves Park, IL 61111*



*CLA Exteriors LLC thanks youfor your business and cooperation as we work togetheron your restoration project!*

**RIDER TO COMMERCIAL CONSTRUCTION SPECIFICATION CONTRACT**
**BY AND BETWEEN**
**LAMONICA FAMILY LIMITED PARTNERSHIP**
**and**
**CLA EXTERIORS LLC**

This Rider to the Commercial Construction Specification Contract is by and between CLA Exteriors LLC, an Illinois limited liability company ("Company") and LaMonica Family Limited Partnership ("Owner"). If there is a conflict between the provisions of this Rider and the provisions of the Commercial Construction Specification Contract, the provisions of this Rider shall control. The parties further agree as follows:

1.     <u>Description of Work</u>. Company will furnish all permits, labor, materials, equipment, apparatus, tools, transportation, and services necessary for, and incidental to the proper installation and completion of a standard flat roof at the Owner's property at 4060 Rock Valley Parkway. The Scope of Work shall be the work as specified in the Insurance Scope of Loss attached hereto as **Exhibit A**. All roofing work shall be executed such that the building is protected from water penetration.

2.     <u>Quality Control</u>. Company shall provide workmen who are trained and experienced in laying commercial flat roofs as specified in the attached Scope of Work, and all other skills needed to satisfactorily complete the project as specified. Company shall keep the building weatherproof and make every reasonable attempt to complete the project on schedule. Company shall guaranty all material to be as specified in the Scope of Work. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from the specifications involving extra costs will be executed only upon written change orders.

3.     <u>Commencement and Completion Dates</u>. Company agrees to order materials upon execution of this agreement and receipt of initial payment set forth herein. Company shall not commence work until all materials have been received to complete the project. Company agrees to complete the project within __45__ days from commencement of the work. Weather permitting.

4.     <u>Contract Amount and Payment</u>.

a.     The total amount of the Contract for completion of the Scope of Work shall be $950,000.00 which shall be paid through Owner's insurance claim amount. The Company agrees to complete the Scope of Work for the Contract amount. The only cost to the Owner shall be their deductible and any upgrades the Owner may select above and beyond the insurance Scope of Work.

b.     An advanced payment in the amount of $____$560,834.73____ will be provided to the Company upon execution of this Contract. The balance of the Contract amount will be paid to the Company upon full and satisfactory completion of the work and upon receipt of final insurance proceeds by Owner from the insurance company.

1

5.    Insurance. Company will carry General Liability Insurance and represents and warrants that the Company's subcontractors will carry Worker's Compensations insurance in accordance with the statutory minimum. Company will provide the Certificates of Insurance to Owner prior to the execution of any work, upon request.

6.    Clean Up. Tools, equipment, surplus materials, and debris resulting from the roof installation will be organized and cleaned up or removed and disposed of by Company daily.

7.    Warranty. Contractor warrants that the work has been carried out on a workmanlike manner, guaranteeing that the materials and labor will remain free from defects for a minimum period of five (5) years, such warranty to commence upon payment in full for the work authorized. Such warranty does not include damage caused by owner, its agents, employees, representatives, or any other contractor hired by the owner, lightning, winds in excesses of 50 m.p.h., hurricanes, ice dams, tornados, hailstorms, or other acts of nature.

8.    Attorneys' Fees. In any action between Company and Owner to enforce the terms of this Contract, the prevailing party shall be reimbursed by the other party for all reasonable fees and expenses, including attorneys' fees and court costs, incurred by it in connection with the prosecution or defense of such action.

Dated this 16th day of August , 2021.


COMPANY:                                    OWNER:

CLA Exteriors, LLC, an Illinois limited     LaMonica Family Limited Partnership
liability company

By:_____              By: Carly LaMonica, Carly LaMonica
   Its:_____ CLA Owner            Its: LaMonica Beverages, President

                                            By: _____

                                            Its: Chairman

## **EXHIBIT A**

Scope of Work

See Attached

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

| | | | |
|---|---|---|---|
| Insured: | Lamonica Beverages, Inc | Home: | (815) 509-2453 |
| Property: | 4060 ROCK VALLEY PKWY | Business: | (815) 282-3535 |
| | LOVES PARK, IL 61111 | | |
| Home: | 4060 ROCK VALLEY PKWY | | |
| | LOVES PARK, IL 61111 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | HINTHORNE, ERIK | Business: | (800) 236-5010 x 2278 |
| Business: | 1900 S 18th Ave | | |
| | West Bend, WI 53095 | | |

| | | | |
|---|---|---|---|
| Estimator: | HINTHORNE, ERIK | Business: | (312) 848-0159 |
| Business: | 1900 S 18th Ave | | |
| | West Bend, WI 53095 | | |

**Claim Number:** AN31972    **Policy Number:** A499814-1    **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 4/19/2021 | | |
| Date of Loss: | 8/10/2020 | Date Received: | 4/19/2021 |
| Date Inspected: | | Date Entered: | 4/19/2021 |
| Date Est. Completed: | 6/3/2021 5:15 PM | | |

| | |
|---|---|
| Price List: | ILRO8X_APR21 |
| | Restoration/Service/Remodel |
| Estimate: | LAMONICA_BEVERAGES_ |
| | 1 |

Thank you for choosing West Bend THE SILVER LINING, we appreciate your business.

**IMPORTANT NOTICE:** This is an estimate to repair the damage to your property. You should give a copy to the contractor or repair facility of your choice **BEFORE** you authorize the repairs. If your contractor has questions regarding this estimate, they must contact me **BEFORE** work begins on those repairs.

**ADDITIONAL DAMAGE:** If additional damage or costs are identified during the repair process for which you believe we should be responsible, they must be reviewed and approved by West Bend Mutual prior to having the additional work done to be considered part of the claim.

**UPGRADES:** If you wish, you may repair or replace with higher quality materials, however, you will be responsible for any increase in cost associated with such an upgrade.

Please refer to your policy under **SECTION I - CONDITIONS** for further details on determining your loss settlement.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave, 19th Floor, Chicago, IL 60603 and in Springfield at 320 West Washington St, Springfield, Illinois, 62767.

 **WEST BEND**

1900 South 18th Avenue
West Bend, WI 53095

## LAMONICA_BEVERAGES_1

### Source - Eagle View

### Source - Eagle View

**R1**



60130.45  Surface Area                    601.30  Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. R&R Rubber roofing - Mechanically attached - 60 mil | 601.30 SQ | 488.77 | 4,550.56 | 298,447.97 | (26,572.36) | 271,875.61 |
| 2. R&R Insulation - ISO board, 4" | 601.30 SQ | 483.17 | 8,762.80 | 299,292.92 | (17,056.37) | 282,236.55 |
| 3. Roofer - per hour | 16.00 HR | 97.00 | 0.00 | 1,552.00 | (0.00) | 1,552.00 |
| Allowance to flash the roofing under the metal cap around the perimeter. | | | | | | |
| 4. R&R Furnace vent - rain cap and storm collar, 6" | 14.00 EA | 95.45 | 34.14 | 1,370.44 | (398.77) | 971.67 |
| 5. Fall protection harness and lanyard - per week | 8.00 WK | 22.00 | 0.00 | 176.00 | (0.00) | 176.00 |
| 4 people at 2 weeks | | | | | | |
| 6. Boom lift - 30'-45' reach (per day) | 7.00 DA | 374.90 | 0.00 | 2,624.30 | (0.00) | 2,624.30 |
| Material to the roof | | | | | | |
| 7. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 699.30 | 0.00 | 1,398.60 | (0.00) | 1,398.60 |
| **Totals: R1** | | | **13,347.50** | **604,862.23** | **44,027.50** | **560,834.73** |
| **Total: Source - Eagle View** | | | **13,347.50** | **604,862.23** | **44,027.50** | **560,834.73** |
| **Total: Source - Eagle View** | | | **13,347.50** | **604,862.23** | **44,027.50** | **560,834.73** |
| **Line Item Totals: LAMONICA_BEVERAGES_1** | | | **13,347.50** | **604,862.23** | **44,027.50** | **560,834.73** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 17,853.52 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 60,130.45 | Surface Area | 601.30 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Summary for Building

| | |
|---|---:|
| Line Item Total | 591,514.73 |
| Material Sales Tax | 13,347.50 |
| **Replacement Cost Value** | **$604,862.23** |
| Less Depreciation | (44,027.50) |
| **Actual Cash Value** | **$560,834.73** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$559,834.73** |
| Total Recoverable Depreciation | 44,027.50 |
| **Net Claim if Depreciation is Recovered** | **$603,862.23** |

HINTHORNE, ERIK



1900 South 18th Avenue
West Bend, WI 53095

## Recap of Taxes

| | Material Sales Tax (7.75%) | Food & Med State Tax (1%) | Food & Med Local Tax (1.25%) |
|---|---|---|---|
| Line Items | 13,347.50 | 0.00 | 0.00 |
| **Total** | **13,347.50** | **0.00** | **0.00** |

WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Recap by Room

**Estimate: LAMONICA_BEVERAGES_1**

**Area: Source - Eagle View**

**Area: Source - Eagle View**
| | | |
|---|---|---|
| R1 | 591,514.73 | 100.00% |
| Area Subtotal: Source - Eagle View | 591,514.73 | 100.00% |
| Area Subtotal: Source - Eagle View | 591,514.73 | 100.00% |
| **Subtotal of Areas** | 591,514.73 | 100.00% |
| **Total** | 591,514.73 | 100.00% |

 WEST BEND

1900 South 18th Avenue
West Bend, WI 53095

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| GENERAL DEMOLITION | 77,163.15 | | 77,163.15 |
| HEAVY EQUIPMENT | 2,624.30 | | 2,624.30 |
| HEAT, VENT & AIR CONDITIONING | 1,173.20 | 370.09 | 803.11 |
| ROOFING | 510,378.08 | 40,490.70 | 469,887.38 |
| SCAFFOLDING | 176.00 | | 176.00 |
| Subtotal | 591,514.73 | 40,860.79 | 550,653.94 |
| Material Sales Tax | 13,347.50 | 3,166.71 | 10,180.79 |
| Total | 604,862.23 | 44,027.50 | 560,834.73 |

| From: | "Hinthorne, Erik" <EHinthorne@WBMI.com> |
|---|---|
| To: | jeffgunn.clainc@gmail.com |
| Date: | 7/30/2021 12:28:53 PM |
| Subject: | FW: AN31972 LaMonica Beverages |

Erik Hinthorne
Senior Claim Representative | Property Claims Division
West Bend Mutual Insurance Company
1900 South 18th Avenue
West Bend, WI. 53095
Ph: 262.365.2278 | Fx: 262.335.7000
Email: ehinthorne@wbmi.com

-----Original Message-----
From: Hinthorne, Erik <EHinthorne@WBMI.com>
Sent: Wednesday, July 21, 2021 4:16 PM
To: Carly LaMonica <CarlyL@lamonicabev.com>; aaron jiles <claexteriors@gmail.com>
Subject: AN31972 LaMonica Beverages

Aaron and Carly,

Per my discussion with Aaron we have agreed on a repair settlement of $950,000.00.

The settlement of $950,000.00 is a NOT TO EXCEED settlement.

The $950,000.00 agreement will NOT consider supplements, pricing increases or anything unforeseen.

Settlement
RCV $950,000.00
DEP $250,000.00
Previous Payment $559,834.73
Deductible
ACV amount owed $139,165.27

The additional ACV amount owed will be issued once the $950,000.00 signed contract is received.

Erik Hinthorne
Senior Claim Representative | Property Claims Division West Bend Mutual Insurance Company
1900 South 18th Avenue
West Bend, WI. 53095
Ph: 262.365.2278 | Fx: 262.335.7000
Email: ehinthorne@wbmi.com

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

Client: LaMonica Beverages, Inc.
Property: 4060 Rock Valley Pkwy
Loves Park, IL 61111

Operator: JEFFGUNN

Estimator: Jeff Gunn                                    Cellular: (815) 299-7330
Position: General Manager                          E-mail: jeffgunn.clainc@gmail.com
Company: CLA Exteriors and Solar
Business: 4901 N. 2nd. Street
Loves Park, IL 61111

Type of Estimate: Weather
Date Entered: 8/4/2021                    Date Assigned:

Price List: ILRO8X_AUG21
Labor Efficiency: Restoration/Service/Remodel
Estimate: LAMONICA



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

### LAMONICA

**General Conditions**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1. Propane fuel (per gallon) | 60.00 GL | | |
| 2. Job-site cargo/storage container - 20' long - per month | 1.00 MO | | |
| 3. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | | |
| For forklift | | | |
| 4. Telehandler/forklift (per week) - no operator | 2.00 WK | | |
| Day to day operations | | | |
| 5. Caution tape | 1,000.00 LF | | |
| 6. Traffic cones (per unit, per day) | 150.00 DA | | |
| 7. Fall protection harness and lanyard - per week | 8.00 WK | | |
| 8. Telehandler/forklift and operator | 40.00 HR | | |
| Material delivery and pickup | | | |
| 9. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 8.00 EA | | |
| 10. Temporary fencing - 1-4 months (per month) | 200.00 LF | | |
| 11. Boom lift - 50'-60' reach (per day) | 7.00 DA | | |
| Used to attach wall cap on exterior wall | | | |
| 12. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | | |
| For boom lift | | | |
| 13. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | | |
| For fencing | | | |
| 14. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | | |
| For tool storage container | | | |
| 15. Commercial Supervision / Project Management - per hour | 10.00 HR | | |
| 16. Crane and operator - 115 ton capacity | 40.00 HR | | |

**Roof**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 17. R&R Rubber roofing - Fully adhered system - 60 mil | 601.30 SQ | | |
| 18. R&R Insulation - 4" Insulation | 610.00 SQ | | |
| 19. R&R Insulation - Additional 1 1/2" Insulation | 610.00 SQ | | |
| Code item | | | |
| 20. R&R Membrane roofing - cant strips - perlite | 1,624.00 LF | | |
| 21. R&R Aluminum termination bar / flashing for membrane roofs | 1,624.00 LF | | |
| 22. Remove Additional charge for high roof (2 stories or greater) | 513.00 SQ | | |
| 23. Additional charge for high roof (2 stories or greater) | 513.00 SQ | | |
| 24. R&R Aluminum wall coping - large | 1,624.00 LF | | |
| 25. Packaged gas furnace & AC unit - Detach & reset | 8.00 EA | | |



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

**CONTINUED - Roof**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Weight must be lifted off curb to ensure proper flashing | | | |
| 26. R&R Pitch pan / pocket - up to 6" x 6" x 4" - PVC/TPO | 26.00 EA | | |
| 27. R&R Furnace vent - rain cap and storm collar, 6" | 14.00 EA | | |
| 28. R&R Roof drain - cast iron - 2" to 6" outlet | 6.00 EA | | |
| 29. R&R Pipe jack flashing - PVC/TPO | 12.00 EA | | |

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 30. Temporary repair services labor minimum | 1.00 EA | | |

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Summary

| | |
|---|---:|
| Line Item Total | |
| Material Sales Tax | |
| | |
| Subtotal | |
| Overhead | |
| Profit | |
| | |
| **Replacement Cost Value** | **$950,000.00** |
| Less Deductible | (1,000.00) |
| | |
| **Net Claim** | **$949,000.00** |

_____

Jeff Gunn
General Manager

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

| | |
|---|---|
| Insured: | LaMonica Beverages, Inc. |
| Property: | 4060 Rock Valley Pkwy |
| | Loves Park, IL 61111 |

| | | | |
|---|---|---|---|
| Estimator: | Jeff Gunn | Cellular: | (815) 299-7330 |
| Position: | General Manager | E-mail: | jeffgunn.clainc@gmail.com |
| Company: | CLA Exteriors and Solar | | |
| Business: | 4901 N. 2nd. Street | | |
| | Loves Park, IL 61111 | | |

**Claim Number:** AN31972        **Policy Number:** A499814-1        **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 8/10/2020 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 8/4/2021 12:00 AM |

| | |
|---|---|
| Price List: | ILRO8X_JUN22 |
| | Restoration/Service/Remodel |
| Estimate: | LAMONICA-1 |



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

### LAMONICA-1

#### Emergency Repair

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Emergency Repairs* | 6.00 EA | 750.00 | 0.00 | 1,192.50 | 5,692.50 | (0.00) | 5,692.50 |
| Repairs to prevent further damages | | | | | | | |
| 2. Emergency Repairs* | 1.00 EA | 7,200.00 | 0.00 | 1,908.00 | 9,108.00 | (0.00) | 9,108.00 |
| Repair to drains as a result of roofing envelope height changing. | | | | | | | |
| 3. Raise drain above lower office * | 1.00 EA | 5,500.00 | 0.00 | 1,457.50 | 6,957.50 | (0.00) | 6,957.50 |
| Had to raise roof to meet R30 insulation requirements. Drain had to also be raised. The only access was through drywall ceiling in lower office | | | | | | | |
| 4. Drywall (Bid Item) | 1.00 EA | 450.00 | 0.00 | 119.25 | 569.25 | (0.00) | 569.25 |
| Drywall repairs needed to access drain | | | | | | | |
| 5. Electrical - Labor Minimum | 1.00 EA | 337.50 | 0.00 | 89.44 | 426.94 | (0.00) | 426.94 |
| Emergency electrical repairs | | | | | | | |
| **Totals: Emergency Repair** | | | **0.00** | **4,766.69** | **22,754.19** | **0.00** | **22,754.19** |

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6. Remove Rubber roofing - Fully adhered system - 60 mil | 780.00 SQ | 97.44 | 0.00 | 20,140.85 | 96,144.05 | (0.00) | 96,144.05 |
| 7. Rubber roofing - Fully adhered system - 60 mil | 936.00 SQ | 644.51 | 20,760.01 | 165,365.66 | 789,387.03 | (0.00) | 789,387.03 |
| There was a 20% cutting waste factor. | | | | | | | |
| 8. Remove Insulation - ISO board, 4" | 780.00 SQ | 69.51 | 0.00 | 14,367.72 | 68,585.52 | (0.00) | 68,585.52 |
| 9. Insulation - ISO board, 4" | 936.00 SQ | 462.69 | 16,800.15 | 119,217.67 | 569,095.66 | (0.00) | 569,095.66 |
| 10. Insulation - ISO board, 1 1/2" | 936.00 SQ | 230.30 | 7,123.66 | 59,011.38 | 281,695.84 | (0.00) | 281,695.84 |
| Code item | | | | | | | |
| 11. Remove Membrane roofing - cant strips - perlite | 1,624.00 LF | 0.88 | 0.00 | 378.72 | 1,807.84 | (0.00) | 1,807.84 |
| 12. Membrane roofing - cant strips - perlite | 1,948.80 LF | 2.45 | 78.44 | 1,286.04 | 6,139.04 | (0.00) | 6,139.04 |
| 13. Remove Aluminum termination bar / flashing for membrane roofs | 1,624.00 LF | 0.76 | 0.00 | 327.08 | 1,561.32 | (0.00) | 1,561.32 |
| 14. Aluminum termination bar / flashing for membrane roofs | 1,948.80 LF | 2.71 | 119.36 | 1,431.16 | 6,831.77 | (0.00) | 6,831.77 |
| 15. Remove Additional charge for high roof (2 stories or greater) | 513.00 SQ | 6.85 | 0.00 | 931.23 | 4,445.28 | (0.00) | 4,445.28 |
| 16. Additional charge for high roof (2 stories or greater) | 513.00 SQ | 21.26 | 0.00 | 2,890.19 | 13,796.57 | (0.00) | 13,796.57 |
| 17. Remove Aluminum wall coping - large | 1,624.00 LF | 0.76 | 0.00 | 327.08 | 1,561.32 | (0.00) | 1,561.32 |
| 18. Aluminum wall coping - large | 1,948.80 LF | 24.97 | 2,909.07 | 13,666.21 | 65,236.82 | (0.00) | 65,236.82 |
| 19. Packaged gas furnace & AC unit - Detach & reset | 8.00 EA | 1,322.32 | 0.00 | 2,803.31 | 13,381.87 | (0.00) | 13,381.87 |
| Weight must be lifted off curb to ensure proper flashing | | | | | | | |



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

**CONTINUED - Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20. HVAC - General Laborer - per hour | 32.00 HR | 49.78 | 0.00 | 422.13 | 2,015.09 | (0.00) | 2,015.09 |
| 1 additional tech for 4 days detaching and resetting roof top units | | | | | | | |
| 21. R&R Pitch pan / pocket - up to 6" x 6" x 4" - PVC/TPO | 26.00 EA | 141.37 | 125.85 | 1,007.39 | 4,808.86 | (0.00) | 4,808.86 |
| 22. R&R Furnace vent - rain cap and storm collar, 6" | 14.00 EA | 105.73 | 45.91 | 404.44 | 1,930.57 | (0.00) | 1,930.57 |
| 23. R&R Roof drain - cast iron - 2" to 6" outlet | 6.00 EA | 541.73 | 144.97 | 899.78 | 4,295.13 | (0.00) | 4,295.13 |
| 24. R&R Pipe jack flashing - PVC/TPO | 12.00 EA | 79.01 | 41.35 | 262.21 | 1,251.68 | (0.00) | 1,251.68 |
| 25. Expansion joint - Plastic/PVC | 312.00 LF | 4.63 | 39.86 | 393.36 | 1,877.78 | (0.00) | 1,877.78 |
| Backrod for expansion joints | | | | | | | |
| 26. 2" x 6" lumber (1 BF per LF) | 441.60 LF | 3.97 | 69.17 | 482.92 | 2,305.24 | (0.00) | 2,305.24 |
| Code Item- Build up lower roof to obtain R30 insulation requirement | | | | | | | |
| 27. 1" x 6" lumber (.5 BF per LF) | 441.60 LF | 3.44 | 48.69 | 415.47 | 1,983.26 | (0.00) | 1,983.26 |
| Code Item- Build up lower roof to obtain R30 insulation requirement | | | | | | | |
| 28. Carpentry - General Laborer - per hour | 48.00 HR | 49.78 | 0.00 | 633.21 | 3,022.65 | (0.00) | 3,022.65 |
| Additional laborer/carpenter needed | | | | | | | |
| **Totals: Roof** | | | **48,306.49** | **407,065.21** | **1,943,160.19** | **0.00** | **1,943,160.19** |

**General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 150.00 | 0.00 | 79.50 | 379.50 | (0.00) | 379.50 |
| For forklift | | | | | | | |
| 30. Propane fuel (per gallon) | 60.00 GL | 3.27 | 17.17 | 56.55 | 269.92 | (0.00) | 269.92 |
| 31. Job-site cargo/storage container - 20' long - per month | 2.00 MO | 87.83 | 0.00 | 46.55 | 222.21 | (0.00) | 222.21 |
| 32. Telehandler/forklift (per week) - no operator | 10.00 WK | 1,310.16 | 0.00 | 3,471.92 | 16,573.52 | (0.00) | 16,573.52 |
| Day to day operations - UPDATED TO REFLECT ACTUAL TIMEFRAME | | | | | | | |
| 33. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 2,020.00 | 0.00 | 535.30 | 2,555.30 | (0.00) | 2,555.30 |
| 34. Caution tape | 2,000.00 LF | 0.11 | 1.75 | 58.76 | 280.51 | (0.00) | 280.51 |
| 35. Traffic cones (per unit, per day) | 11,250. DA 00 | 0.83 | 0.00 | 2,474.44 | 11,811.94 | (0.00) | 11,811.94 |
| 36. Fall protection harness and lanyard - per week | 8.00 WK | 22.00 | 0.00 | 46.64 | 222.64 | (0.00) | 222.64 |
| 37. Telehandler/forklift and operator | 80.00 HR | 139.70 | 0.00 | 2,961.64 | 14,137.64 | (0.00) | 14,137.64 |



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Material delivery and pickup | | | | | | | |
| 38. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 19.00 EA | 720.00 | 0.00 | 3,625.20 | 17,305.20 | (0.00) | 17,305.20 |
| Actual dumpsters used as a result of wet materials above and beyond what is paid for in the Xactimate line item. | | | | | | | |
| 39. Temporary fencing - 1-4 months (per month) | 400.00 LF | 4.38 | 0.00 | 464.28 | 2,216.28 | (0.00) | 2,216.28 |
| 40. Boom lift - 50'-60' reach (per day)* | 75.00 DA | 475.00 | 0.00 | 9,440.63 | 45,065.63 | (0.00) | 45,065.63 |
| Used to attach wall cap on exterior wall | | | | | | | |
| 41. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 150.00 | 0.00 | 79.50 | 379.50 | (0.00) | 379.50 |
| For boom lift | | | | | | | |
| 42. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 75.00 | 0.00 | 39.75 | 189.75 | (0.00) | 189.75 |
| For fencing | | | | | | | |
| 43. Rental equipment delivery / mobilization (Bid item) | 2.00 EA | 75.00 | 0.00 | 39.75 | 189.75 | (0.00) | 189.75 |
| For tool storage container | | | | | | | |
| 44. Crane and operator - 115 ton capacity | 80.00 HR | 380.00 | 0.00 | 8,056.00 | 38,456.00 | (0.00) | 38,456.00 |
| 45. Commercial Supervision / Project Management - per hour | 1,000.00 HR | 81.89 | 0.00 | 21,700.85 | 103,590.85 | (0.00) | 103,590.85 |
| Two site supervisors for the duration of the job of 2 1/2 months. | | | | | | | |
| 46. Safety Monitor / OSHA Compliance Officer- per hour* | 1,000.00 HR | 81.89 | 0.00 | 21,700.85 | 103,590.85 | (0.00) | 103,590.85 |
| The Union was watching the job the entire time, and called OSHA. As a result, we had two additional supervisors on site the entire time as OSHA compliance officers. | | | | | | | |
| 47. HVAC - General Laborer - per hour | 64.00 HR | 49.78 | 0.00 | 844.27 | 4,030.19 | (0.00) | 4,030.19 |
| 2 techs for 4 days detaching and resetting roof top units | | | | | | | |
| 48. Temporary toilet (per month) | 10.00 MO | 135.00 | 0.00 | 357.75 | 1,707.75 | (0.00) | 1,707.75 |
| Four temporary toilets for two months. | | | | | | | |
| 49. Generator - 6,000 watt - portable (per day) | 300.00 DA | 82.00 | 0.00 | 6,519.00 | 31,119.00 | (0.00) | 31,119.00 |
| Four generators for two months | | | | | | | |
| 50. Generator temporary power cable (per day) | 300.00 DA | 27.00 | 0.00 | 2,146.50 | 10,246.50 | (0.00) | 10,246.50 |
| **Totals: General Conditions** | | | 18.92 | 84,745.63 | 404,540.43 | 0.00 | 404,540.43 |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

### CONTINUED - Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51. Temporary repair services labor minimum | 1.00 EA | 3.33 | 0.00 | 0.88 | 4.21 | (0.00) | 4.21 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **0.88** | **4.21** | **0.00** | **4.21** |
| **Line Item Totals: LAMONICA-1** | | | 48,325.41 | 496,578.41 | 2,370,459.02 | 0.00 | 2,370,459.02 |

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Summary

| | |
|---|---|
| Line Item Total | 1,825,555.20 |
| Material Sales Tax | 48,325.41 |
| | |
| Subtotal | 1,873,880.61 |
| Overhead | 281,082.13 |
| Profit | 215,496.28 |
| | |
| **Replacement Cost Value** | **$2,370,459.02** |
| Less Deductible | (1,000.00) |
| | |
| **Net Claim** | **$2,369,459.02** |

_____
Jeff Gunn
General Manager

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Recap of Taxes, Overhead and Profit

|            | Overhead (15%) | Profit (10%) | Material Sales Tax (8.75%) | Food & Med State Tax (1%) | Food & Med Local Tax (1.25%) |
|------------|---------------:|-------------:|---------------------------:|--------------------------:|-----------------------------:|
| Line Items | 281,082.13     | 215,496.28   | 48,325.41                  | 0.00                      | 0.00                         |
| **Total**  | **281,082.13** | **215,496.28** | **48,325.41**            | **0.00**                  | **0.00**                     |

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Recap by Room

**Estimate: LAMONICA-1**

| | | |
|---|---:|---:|
| Emergency Repair | 17,987.50 | 0.99% |
| Roof | 1,487,788.49 | 81.50% |
| General Conditions | 319,775.88 | 17.52% |
| Labor Minimums Applied | 3.33 | |
| **Subtotal of Areas** | **1,825,555.20** | **100.00%** |
| **Total** | **1,825,555.20** | **100.00%** |

 **CLA Exteriors and Solar**

4901 N. 2nd Street
Loves Park, IL 61111
(855)282-8800

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONCRETE & ASPHALT | 1,444.56 | 0.06% |
| CONTENT MANIPULATION | 175.66 | 0.01% |
| GENERAL DEMOLITION | 152,804.41 | 6.45% |
| DRYWALL | 450.00 | 0.02% |
| ELECTRICAL | 337.50 | 0.01% |
| HEAVY EQUIPMENT | 91,202.60 | 3.85% |
| PERMITS AND FEES | 2,216.20 | 0.09% |
| FRAMING & ROUGH CARPENTRY | 5,661.69 | 0.24% |
| HEAT, VENT & AIR CONDITIONING | 16,643.34 | 0.70% |
| LABOR ONLY | 163,780.00 | 6.91% |
| PLUMBING | 8,417.44 | 0.36% |
| ROOFING | 1,288,221.43 | 54.34% |
| SCAFFOLDING | 176.00 | 0.01% |
| SIDING | 48,661.54 | 2.05% |
| TEMPORARY REPAIRS | 45,362.83 | 1.91% |
| **O&P Items Subtotal** | **1,825,555.20** | **77.01%** |
| Material Sales Tax | 48,325.41 | 2.04% |
| Overhead | 281,082.13 | 11.86% |
| Profit | 215,496.28 | 9.09% |
| **Total** | **2,370,459.02** | **100.00%** |

# EXHIBIT C



THE SILVER LINING®

May 19, 2023


RAYMOND MELTON, ESQ.
AMUNDSEN DAVIS
308 WEST STATE STREE STE 320
ROCKFORD, IL  61101


Claim No.:        AN31972
Policy No.:       A499814 01
DOL:              8/10/2020
Insured:          LaMonica Beverages, Inc


Dear Mr. Melton,

    This letter is in follow up to your May 16, 2023 correspondence indicating you would like to pursue appraisal and naming Zachary Baker of Spartan Public Adjustments as your appraiser.  West Bend declines your appraisal request.  I call to your attention page 1 of 2 of form CP 0090 07 88 COMMERCIAL PROPERTY CONDITIONS

D. LEGAL ACTION AGAINST US
No one may bring a legal action against us under this Coverage Part unless:
    1. There has been full compliance with all of the terms of this Coverage Part; and
    2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Enforcement of an appraisal demand is, in effect, an action for declaratory judgment, and therefore is subject to a contractual limitation on the time for filing a "suit or action." This time limitation would be applicable to the appraisal clause of the policy, therefore, we must respectfully decline your request for appraisal under the policy.

Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, IL 60603, and in Springfield at 320 West Washington St., Springfield, Illinois, 62767


Sincerely,

Erik Hinthorne
Senior Claim Representative
West Bend Mutual Insurance Company
312.848.0159
ehinthorne@wbmi.com

CC: Coyle-Kiley Insurance Agency (12192)